**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
P. John Veysey (SBN: 296923)
john.veysey@nelsonmullins.com
One Financial Center, Suite 3500
Boston, MA 02111
Tel: (617) 217-4645 Fax: (617) 217-4710

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Michael J. Hurvitz (SBN: 249050)
mike.hurvitz@nelsonmullins.com
750 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 489.6110 Fax: (619) 821.2834

Attorneys for Applicant Banco Azteca S.A. Institución de Banca Múltiple

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-MC-80091 <br><br> [*Assigned to General Duty Judge*] <br><br> **CERTIFICATE OF INTERESTED PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 12, 2024

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:  */s/ Michael J. Hurvitz*_____
Michael J. Hurvitz
P. John Veysey
Attorneys for Applicant
BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE

---

1
DEFENDANTS OMADI AND TRAXERO NORTH AMERICA'S CERTIFICATE OF INTERESTED PERSONS