UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re 1782 Subpoena Application by BANCO AZTECA. | Case No. 24-mc-80091 NC<br><br>**ORDER DIRECTING SERVICE OF EX PARTE APPLICATION; AND ORDERING MEET AND CONFER** |
|---|---|

On April 16, 2024, petitioner Banco Azteca applied ex parte for the issuance of a subpoena to respondents Meta, Twitter, and Google under 28 U.S.C. § 1782. Banco Azteca seeks discovery to assist in a criminal case in Mexico. ECF 1. While this Court in the past routinely allowed ex parte 1782 applications, that procedure is no longer appropriate following the Ninth Circuit's decision in *CPC Patent Techs. PTY Ltd. v. Apple, Inc.*, 34 F.4th 801, 807-08 (9th Cir. May 18, 2022), requiring all parties to a miscellaneous § 1782 action assigned to a magistrate judge to consent or decline the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c).

Accordingly, petitioner Banco Azteca is ordered to serve its application materials and this order on respondents by May 1, 2024. Petitioner and respondents then each must file a consent/decline to magistrate judge jurisdiction form (attached) by May 15, 2024. The parties are ordered to meet and confer and to file a joint discovery letter brief

addressing the proposed 1782 order and any requested protective order by May 30, 2024. The Court will schedule a hearing if one is needed.  The application (ECF 1) remains under submission.

**IT IS SO ORDERED.**

Dated:  April 17, 2024                    _____
NATHANAEL M. COUSINS
United States Magistrate Judge

2