Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000

Attorney for Non-Party
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re 1782 Subpoena Application by BANCO AZTECA. | Case No. 5:24-mc-80091-NC <br><br> **JOINT DISCOVERY LETTER BRIEF** <br><br> Judge:  Magistrate Judge Nathanael M. Cousins |

Pursuant to the Court's Order dated April 17, 2024 ("Order") (Dkt. 5), Petitioner Banco Azteca ("Banco Azteca") and Respondent Google LLC ("Google") met on May 23, 2024 regarding Banco Azteca's Ex Parte Application For An Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("Application") (ECF 1). Banco Azteca and Google now jointly file the instant Joint Discovery Letter Brief.

Google understands that Banco Azteca is seeking authorization to serve a subpoena on Google in connection with litigation in Mexico. Google takes no position on the issuance of the subpoena, but it reserves all rights and objections with respect to the subpoena if it does issue. *See, e.g., CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 809 (9th Cir. 2022) ("*CPC*") (recognizing that there may be subsequent motion to quash proceedings following the grant of a Section 1782 application). Indeed, even where non-parties have been served with Section 1782 applications, courts routinely recognize that non-parties may raise challenges to subpoenas *after* their issuance. *See, e.g., In re Ex Parte Application of Kakedzuka Mfg. Co., Ltd.*, Case No, 22-mc-80133-NC, Dkt. 11 (N.D. Cal. July 29, 2022) (granting Section 1782 application with consent of the parties but allowing provider and account holder a period of time to move to quash the subpoena following service). Banco Azteca agrees that Google and any affected account holders may raise challenges to the subpoena after its issuance.

Accordingly, if the Court decides to grant the Application and allows the subpoena to issue, Google and Banco Azteca respectfully request that any order granting the Application recognize that Google and any affected account holders may challenge the subpoena after it is served.

-2-

| | | |
|---|---|---|
| 1 | Dated: May 30, 2024 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Julie E. Schwartz* |
| 4 | | Julie E. Schwartz, Bar No. 260624<br>JSchwartz@perkinscoie.com |
| 5 | | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: 206.359.8000 |
| 6 | | Facsimile: 206.359.9000 |
| 7 | | Attorney for Non-Party<br>GOOGLE LLC |
| 8 | | |
| 9 | Dated: May 30, 2024 | **NELSON MULLINS RILEY &<br>SCARBOROUGH, LLP** |
| 10 | | |
| 11 | | By: */s/ Michael Joseph Hurvitz* |
| 12 | | Michael Joseph Hurvitz, Bar No. 249050<br>mike.hurvitz@nelsonmullins.com |
| 13 | | 750 B Street, Suite 2200<br>San Diego, CA 92101<br>Telephone: 619.489.6110 |
| 14 | | |
| 15 | | Attorney for Petitioner<br>BANCO AZTECA |