1  J. Jonathan Hawk (SBN 254350)
   jhawk@mwe.com
2  **MCDERMOTT WILL & EMERY LLP**
3  2049 Century Park East, Suite 3200
   Los Angeles, CA  90067-3206
4  +1 310 277 4110

5  *Attorney for Respondent X CORP.*

6

7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  *In re* Application of BANCO AZTECA S.A.        Case No. 5:24-MC-80091-NC
    INSTITUCIÓN DE BANCA MÚLTIPLE, for
14  an Order Pursuant to 28 U.S.C.    § 1782
    Authorizing Discovery for Use in a Foreign
15  Proceeding

16                                                  **DECLARATION OF JOLIE PERLA IN**
                                                    **SUPPORT  RESPONDENT  X  CORP.'S**
17                                                  **MOTION    TO    QUASH    BANCO**
                                                    **AZTECA'S SUBPOENA**
18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

**DECLARATION OF JOLIE PERLA**

I, Jolie Perla, declares as follows:

      1.     I am employed by X Corp., and work in its legal department. I have personal knowledge of the facts set forth herein and could testify to those facts if necessary.

      2.     I have reviewed the Application of Banco Azteca, S.A. Institución de Banca Múltiple (the "Applicant" or "Banco Azteca"), submitted to this Court on an *ex parte* application pursuant to 28 U.S.C. § 1782 (the "Application") (ECF 1) and the subpoena issued pursuant thereto (ECF 1-4). I have reviewed X Corp.'s records for the account usernames specified therein (i.e., @username). Those records include some internal protocol ("IP") addresses used to log in and out of the accounts. The latest IP addresses associated with activity for the @NortenaCatrina account were associated with the United States. The IP addresses associated with activity for the remaining accounts were associated with Mexico.

      I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

      Executed this 30th day of July 2024, in San Jose, California.



_____
Jolie Perla

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles