1  J. Jonathan Hawk (SBN 254350)
   jhawk@mwe.com
2  **MCDERMOTT WILL & EMERY LLP**
3  2049 Century Park East, Suite 3200
   Los Angeles, CA  90067-3206
4  +1 310 277 4110

5  Kathryn Barragan (*Pro Hac Vice Application Forthcoming*)
6  kbarragan@mwe.com
7  **MCDERMOTT WILL & EMERY LLP**
   200 Clarendon Street, Floor 58
8  Boston, MA 02116-5021
   +1 617 535 4102
9
   *Attorney for Respondent X CORP.*
10
                    **UNITED STATES DISTRICT COURT**
11
                    **NORTHERN DISTRICT OF CALIFORNIA**
12
                    **SAN JOSE COURTHOUSE**
13

14

15  *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding

    Case No. 5:24-MC-80091-NC

16  **DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF RESPONDENT X CORP.'S MOTION TO QUASH BANCO AZTECA'S SUBPOENA**
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF MOTION TO QUASH – 1

## DECLARATION OF JON HAWK

I, Jon Hawk, declare as follows:

1. I am an attorney at law duly authorized to practice law in the State of California. I am a partner with the law firm of McDermott Will & Emery LLP, and counsel of record for Respondent X Corp.

2. I discussed this subpoena with counsel for Applicant Banco Azteca, S.A. Institución de Banca Múltiple (the "Applicant" or "Banco Azteca") in May 2024. During those discussions, I asked Banco Azteca's counsel if the Mexican authorities purportedly handling that proceeding were aware of or supported Banco Azteca's efforts here to obtain information potentially identifying users behind the accounts at-issue. Banco Azteca's counsel responded that they did not know whether the Mexican authorities knew of their client's efforts here, or if the authorities supported those efforts.

3. I also asked Banco Azteca's counsel during that conversation if the Mexican authorities had sought the information being pursued here via the procedures available under Mexico's Mutual Legal Assistance Treaty ("MLAT") with the U.S., or, if they had not, why not. Again, Banco Azteca's counsel did not know if Mexican authorities were pursuing the information via MLAT or, if they had not, why not.

4. I further discussed with Banco Azteca's counsel the scope of the information they are seeking via their subpoena during our discussions in May 2024. During those discussions they confirmed that they are seeking basic subscriber information ("BSI"), i.e., names, email addresses, phone numbers, and IP addresses associated with the accounts identified in the subpoena by username (@username), as well as payment information that may likewise be associated with those accounts.

5. On July 30, 2024, I served on Banco Azteca's counsel written responses, including objections, to the Subpoena. Those responses and objections were issued in light of the requests in the subpoena and my discussions with Banco Azteca's counsel in May 2024. Those are attached as **Exhibit A**.

//

//

//

DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF MOTION TO QUASH – 2

1  I declare under penalty of perjury under the laws of the United States of America and the
2  State of California that the foregoing is true and correct.
3  Executed this 30th day of July 2024, in Los Angeles, California.

                                                  /s/ *J. Jonathan Hawk*
                                                  J. Jonathan Hawk