J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
+1 310 277 4110

Kathryn Barragan (*Pro Hac Vice Application Forthcoming*)
kbarragan@mwe.com
**MCDERMOTT WILL & EMERY LLP**
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
+1 617 535 4102

*Attorney for Respondent X CORP.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE COURTHOUSE**

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-MC-80091-NC<br><br>**DECLARATION OF KATHRYN BARRAGAN IN SUPPORT OF RESPONDENT X CORP.'S MOTION TO QUASH BANCO AZTECA'S SUBPOENA** |

DECLARATION OF KATHRYN BARRAGAN IN SUPPORT OF MOTION TO QUASH – 1

## DECLARATION OF KATHRYN BARRAGAN

I, Kathryn Barragan, declare as follows:

1. I am an attorney at law duly authorized to practice law in the states of Massachusetts and Texas. I am an associate with the law firm of McDermott Will & Emery LLP.

2. Applicant Banco Azteca, S.A. Institución de Banca Múltiple (the "Applicant" or "Banco Azteca") provided English translations of certain account holders' Spanish-language posts with its Application. I reviewed the accuracy of the English translations by using the publicly available translation tool on the X platform.

3. I also viewed translations of the at-issue account holders' bios from Spanish to English using the publicly available translation tool on the X platform. Those translations are reflected in X Corp.'s concurrently filed motion to quash.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 30th day of July 2024, in New York, New York.

_____
Kathryn Barragan

DECLARATION OF KATHRYN BARRAGAN IN SUPPORT OF MOTION TO QUASH – 2