Matthew E. Lewitz (SBN 325379)
  mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
T: (213) 892-7937
F: (310) 394-4700

Attorneys for Non-Party
X Account Holders,
John Doe 1 a.k.a @FreddyOliviery;
John Doe 2 a.ka. @PonchoGutz;
Meta Account Holders,
John Doe 3 a.k.a. "Luis Guillermo Hernández";
John Doe 4 a.k.a. "Hans Salazar"; and
Google LLC Account Holder,
John Doe 5 a.k.a. "SinCensuraTVMedia"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No.: 5:24-mc-80091-NC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND NON-PARTY X, META AND GOOGLE ACCOUNT HOLDERS' DEADLINE RELATING TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER**<br><br>[Served and Filed Concurrently with Declaration of Matthew E. Lewitz] |

   Pursuant to Civil Local Rules 6-2 and 7-12, Applicant Banco Azteca S.A. Institucion de Banca Múltiple ("Applicant" or "Banco Azteca") and Non-Parties John Does 1-5 ("Affected Account Holders") (collectively, the "Parties") hereby stipulate and agree as follows:

   WHEREAS, on April 16, 2024, Banco Azteca filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding

("Application") for use by Banco Azteca in a foreign criminal proceeding in Mexico (ECF No. 1);

WHEREAS, on June 25, 2024, the Court issued its Order Approving Issuance of Requested Subpoenas, providing that "[t]he subpoena recipients, and affected account holders, may object to the subpoenas and may move for a protective order, within 28 days after receiving the subpoenas." (ECF No. 18, at 3);

WHEREAS, on July 8, 2024, Banco Azteca filed an affidavit of service stating that on July 2, 2024 it served subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on X, Meta and Google (ECF No. 19-2);

WHEREAS, on July 8, 2024, X provided notice to affected account holders of Banco Azteca's subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action;

WHEREAS, on July 12, 2024, Meta purportedly provided notice to affected account holders of Banco Azteca's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action;

WHEREAS, John Doe 5 *a.k.a.* "SinCensuraTVMedia" has not received notice from Google LLC of Banco Azteca's subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action;

WHEREAS, the Affected Account Holders wish to participate in this proceeding to file a motion to quash and/or for protective order as to the subpoenas issued by Banco Azteca as to non-parties X, Meta and Google;

WHEREAS, Banco Azteca has entered into stipulations with Meta and Google to extend their deadlines to file motions to quash until August 20, 2024 (ECF Nos. 20, 24) which this Court has approved (ECF Nos. 21, 25).

WHEREAS, the Parties therefore, in good faith, request that the Court extend the deadline for the Affected Account Holders to file their motion to quash and/or for protective order until August 20, 2024, or on a date to be determined by this Court in its discretion;

1  WHEREAS, the requested modification will have no impact on the case schedule other
2  than to extend the Affected Account Holders' deadline to file a motion to quash and/or for
3  protective order;

4  WHEREAS, the Parties agree to defer the provision of information/documents concerning
5  Affected Account Holders by X Corp., Google, and Meta to Banco Azteca while the forthcoming
6  motion to quash and/or for protective order is *sub judice*;

7  WHEREAS, the Parties have made no prior requests for the Court to modify time in this
8  case; and

9  WHEREAS, Affected Account Holders have filed a declaration in support of this
10 stipulation as required under Local Rule 6-2(a).

11 IT IS SO STIPULATED.

13 DATED: August 5, 2024                        Respectfully submitted,

14                                              **COZEN O'CONNOR**

15                                              By:  */s/ Matthew E. Lewitz*
                                                     Matthew E. Lewitz
16                                                   Attorneys for Non-Party
                                                     X Account Holders,
17                                                   John Doe 1 a.k.a @FreddyOliviery;
                                                     John Doe 2 a.ka. @PonchoGutz;
18                                                   Meta Account Holders,
                                                     John Doe 3 a.k.a. "Luis Guillermo
19                                                   Hernández";
                                                     John Doe 4 a.k.a. "Hans Salazar"; and
20                                                   Google LLC Account Holder,
                                                     John Doe 5 a.k.a."SinCensuraTVMedia"

22 Dated: August 5, 2024                        **NELSON MULLINS RILEY &**
23                                              **SCARBOROUGH LLP**

24                                              By:  */s/ Michael J. Hurvitz*
                                                     Michael J. Hurvitz
25                                                   Attorneys for Applicant BANCO AZTECA

**FILER'S ATTESTATION OF CONCURRENCE**

I, Matthew E. Lewitz, Esq., pursuant to Local Rule 5-1(i)(3), attest that I am counsel for Non-Party X Account Holders, John Doe 1 a.k.a @FreddyOliviery and John Doe 2 a.ka. @PonchoGutz; Meta Account Holders, John Doe 3 a.k.a. "Luis Guillermo Hernández" and John Doe 4 a.k.a. "Hans Salazar"; and Google LLC Account Holder, John Doe 5 a.k.a."SinCensuraTVMedia".  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: August 5, 2024                                    Respectfully submitted,

                                                         COZEN O'CONNOR

                                                         By:  */s/ Matthew E. Lewitz*
                                                              Matthew E. Lewitz, Esq

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____August 5_____, 2024

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge

*GRANTED — Judge Nathanael M. Cousins*