1  **NELSON MULLINS RILEY & SCARBOROUGH, LLP**
   P. John Veysey (SBN: 296923)
2  john.veysey@nelsonmullins.com
   One Financial Center, Suite 3500
3  Boston, MA 02111
   Tel: (617) 217.4645 Fax: (617) 217.4710
4
5  **NELSON MULLINS RILEY & SCARBOROUGH, LLP**
   Michael J. Hurvitz (SBN: 249050)
6  mike.hurvitz@nelsonmullins.com
   750 B Street, Suite 2200
7  San Diego, CA 92101
   Tel: (619) 489.6110 Fax: (619) 821.2834
8
   Attorneys for Applicant Banco Azteca S.A. Institución de
   Banca Múltiple
9
   [ADDITIONAL COUNSEL ON SIGNATURE PAGE]
10

11                        **UNITED STATES DISTRICT COURT**

12                       **NORTHERN DISTRICT OF CALIFORNIA**

13                              **SAN JOSE COURTHOUSE**

14 | *In re* Application of BANCO AZTECA S.A. | Case 5:24-mc-80091-NC
15 | INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing | **ORDER GRANTING JOINT STIPULATION SEEKING LEAVE TO ENABLE APPLICANT BANCO**
16 | Discovery for Use in a Foreign Proceeding | **AZTECA INSTITUCIÓN DE BANCA**
17 | | **MÚLTIPLE TO FILE AN AMENDED APPLICATION FOR AN ORDER**
18 | | **PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE**
19 | | **IN A FOREIGN PROCEEDING**
20
21 | | U.S. Magistrate Judge:
   | | Hon. Nathanael M. Cousins
22 | | Courtroom: 5 – 4th Floor

23

24        Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, Applicant Banco Azteca S.A.
25 Institución de Banca Múltiple ("Applicant" or "Banco Azteca") and Non-Party X Corp. ("X
26 Corp.") (collectively, the "Parties") hereby stipulate and agree, subject to approval by the Court, as
27 follows:
28        WHEREAS, on April 16, 2024, Banco Azteca filed an *Ex Parte* Application for an Order

                                           1

Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("Initial Application") (ECF No. 1);

WHEREAS, on June 25, 2024, the Court issued its Order Approving Issuance of Requested Subpoenas, providing that "[t]he subpoena recipients, and affected account holders, may object to the subpoenas and may move for a protective order, within 28 days after receiving the subpoenas." (ECF No. 18, at 3);

WHEREAS, on July 8, 2024, Banco Azteca filed an affidavit of service stating that on July 2, 2024, it served subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on X Corp., Meta Platforms, Inc. ("Meta"), and Google, LLC ("Google")(the "Initial Subpoenas") (ECF No. 19-2);

WHEREAS, on July 16, 2024, Meta sent correspondence to Banco Azteca's counsel containing its general objections and specific objections to the Initial Subpoena that it was served with;

WHEREAS, on July 23, 2024, Google sent correspondence to Banco Azteca's counsel containing its general and specific objections to the Initial Subpoena it was served with;

WHEREAS, on July 30, 2024, X Corp. filed its Notice of Motion and Motion to Quash the Initial Subpoena it was served with, and served on Banco Azteca objections to that Initial Subpoena (ECF No. 5);

WHEREAS Banco Azteca's deadline to file its response to X Corp.'s Motion to Quash is August 13, 2024. X Corp.'s deadline to file its reply in support of its Motion to Quash is August 20, 2024. The hearing on X Corp.'s Motion to Quash is currently scheduled for September 11, 2024;

WHEREAS, on August 5, 2024, all parties appearing in this matter filed a Joint Stipulation and Proposed Order to Extend Non-Party X Corp., Meta, and Google Account Holders' Deadline Relating to Motion to Quash an/or For Protective Order (ECF No. 28);

WHEREAS, on August 5, 2024, the Court granted the Joint Stipulation and Proposed Order to Extend Non-Party X, Meta, and Google Account Holders' Deadline Relating to Motion to Quash an/or For Protective Order, thereby extending the deadline to file motions to quash until

August 20, 2024 (the "Motion to Quash Deadline") (ECF No. 30);

WHEREAS, the Parties have separately, and on varying dates, met and conferred with Banco Azteca regarding the issues raised via Banco Azteca's Initial Subpoenas;

WHEREAS, following the Parties' discussions, Banco Azteca has agreed, subject to approval by the Court, to submit an amended application under 28 U.S.C. § 1782 (the "Contemplated Amended Application"), with Banco Azteca believing that its Contemplated Amended Application may narrow the issues on which the other Parties provided objections;

WHEREAS, X Corp. has not reviewed Banco Azteca's Contemplated Amended Application, and takes no position on whether Banco Azteca's contemplated amendments may narrow or resolve any of the Parties' objections to the Initial Subpoenas, or any of the issues raised in X Corp.'s pending Motion to Quash;

WHEREAS, X Corp. nonetheless does not oppose Banco Azteca's request to file its Contemplated Amended Application, and reserves all rights with respect thereto. Specifically, Banco Azteca and X Corp. agree that all of X Corp.'s respective objections in response to the Initial Subpoenas, including those asserted in X Corp.'s pending Motion to Quash, are and will be preserved, and that, if the Court permits Banco Azteca to file its Contemplated Amended Application, it will be without prejudice to Google, X Corp., and Meta asserting any and all of those arguments in opposition. The Parties further agree that Google, X Corp., and Meta can raise further any objections they may have based on the contents of Banco Azteca's Contemplated Amended Application;

WHEREAS, the Parties therefore, in good faith, request that the Court vacate the current briefing schedule on X Corp.'s Motion to Quash (i.e., Banco Azteca's August 13, 2024 response deadline and X Corp.'s August 20, 2024 reply deadline) and the associated September 11, 2024 hearing date. The Parties further request that the Court vacate the other parties' August 20, 2024, deadline to file motions to quash, and that the Court issue an order setting a schedule that will enable Banco Azteca to file its Contemplated Amended Application by August 20, 2024, and setting a uniform briefing schedule for all of the remaining Parties to thereafter file motions to quash, including X Corp. The Parties believe that this will conserve judicial and Party resources

and enable the Court to more efficiently and simultaneously address all issues regarding Banco Azteca's requests for discovery.

WHEREAS, the Parties propose the following schedule:

| | |
|---|---|
| Deadline for Banco Azteca to file Contemplated Amended Application. | August 20, 2024 |
| Deadline for X Corp., Meta, and Google to submit objections, file motions to quash, and/or move for protective orders regarding the Contemplated Amended Application | September 17, 2024 |
| Deadline for Banco Azteca to file Responses to any motions to quash and/or motions for protective orders. | October 1, 2024 |
| Deadline for X Corp., Meta, and Google to file replies in support of any motions to quash and/or motions for protective orders. | October 8, 2024 |
| Hearing on motions    11:00 a.m. via Zoom | October 16, 2024 |

WHEREAS, Applicant has filed a declaration in support of this stipulation as required under Local Rule 6-2(a).

IT IS SO STIPULATED.


DATED: August 13, 2024                    Respectfully submitted,


                                          **NELSON MULLINS RILEY &
                                          SCARBOROUGH LLP**

                                          By: */s/ Michael J. Hurvitz*_____
                                               Michael J. Hurvitz
                                               Attorney for Applicant Banco Azteca S.A.
                                               Institución de Banca Múltiple

                                          **MCDERMOTT WILL & EMERY LLP**

                                          By: : */s/ J. Jonathan Hawk*_____
                                               J. Jonathan Hawk
                                               Attorney for Respondent X Corp.

**FILER'S ATTESTATION OF CONCURRENCE**

I, Michael J. Hurvitz, Esq., pursuant to Local Rule 5-1(h)(i), attest that I am counsel for Banco Azteca S.A. Institución de Banca Múltiple. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

DATED: August 13, 2024                              Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:   */s/ Michael J. Hurvitz*

Michael J. Hurvitz, Esq

\*\*\*\*\*\*\*\*\*\*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___August 14___, 2024

_____
Honorable
United States

