Matthew E. Lewitz (SBN 325379)
  mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
T: (213) 892-7937
F: (310) 394-4700

Michael A. Fernández (*Pro Hac Vice*)
  mfernandez@cozen.com
COZEN O'CONNOR
3 WTC, 175 Greenwich Street 55th Floor
New York, NY 10017
T: (212) 453-3713
F: (646) 461-2075

Attorneys for Non-Party
X Account Holders,
John Doe 1 a.k.a @FreddyOliviery;
John Doe 2 a.k.a. @PonchoGutz;
Meta Account Holders,
John Doe 3 a.k.a. "Luis Guillermo Hernández";
John Doe 4 a.k.a. "Hans Salazar"; and
Google LLC Account Holder,
John Doe 5 a.k.a. "SinCensuraTVMedia"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No.: 5:24-mc-80091-NC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND NON-PARTY X, META AND GOOGLE ACCOUNT HOLDERS' DEADLINE RELATING TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER**<br><br>[Served and Filed Concurrently with Declaration of Michael A. Fernández] |

Pursuant to Civil Local Rules 6-2 and 7-12, Applicant Banco Azteca S.A. Institucion de Banca Múltiple ("Applicant" or "Banco Azteca") and Non-Parties John Does 1-5 ("Affected Account Holders") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on April 16, 2024, Banco Azteca filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("Application") for use by Banco Azteca in a foreign criminal proceeding in Mexico (ECF No. 1);

WHEREAS, on June 25, 2024, the Court issued its Order Approving Issuance of Requested Subpoenas, providing that "[t]he subpoena recipients, and affected account holders, may object to the subpoenas and may move for a protective order, within 28 days after receiving the subpoenas." (ECF No. 18, at 3);

WHEREAS, Banco Azteca entered into stipulations with Meta and Google to extend their deadlines to file motions to quash until August 20, 2024 (ECF Nos. 20, 24) which this Court approved (ECF Nos. 21, 25).

WHEREAS, on July 30, 2024, X Corp. filed its Notice of Motion and Motion to Quash the Initial Subpoena (ECF No. 26);

WHEREAS, on August 5, 2024, the Court approved a joint stipulation extending the time of the Affected Account Holders to file a Motion to Quash and/or for Protective Order (ECF No. 30).

WHEREAS, on August 13, 2024, Banco Azteca advised that, subject to approval by the Court, it intends to submit an amended application under 28 U.S.C. § 1782 (the "Contemplated Amended Application") (ECF No. 35).

WHEREAS, on August 13, 2024, Banco Azteca entered into a stipulation with X proposing the following briefing schedule:

| | |
|---|---|
| Deadline for Banco Azteca to file Contemplated Amended Application. | August 20, 2024 |
| Deadline for X Corp., Meta, and Google to submit objections, file motions to quash, and/or move for | September 17, 2024 |

2

JOINT STIPULATION AND ORDER TO EXTEND NON-PARTY X, META AND GOOGLE ACCOUNT HOLDERS' DEADLINE RELATING TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER
CASE NO.: 5:24-mc-80091-NC

| protective orders regarding the Contemplated Amended Application | |
|---|---|
| Deadline for Banco Azteca to file Responses to any motions to quash and/or motions for protective orders. | October 1, 2024 |
| Deadline for X Corp., Meta, and Google to file replies in support of any motions to quash and/or motions for protective orders. | October 8, 2024 |
| Hearing on motions 11:00 a.m. via Zoom | October 16, 2024 |

WHEREAS, on August 14, 2024, the Court approved the joint stipulation between Banco Azteca and X (ECF No. 36).

WHEREAS, the Affected Account Holders were not consulted concerning the aforementioned joint stipulation between Banco Azteca and X (ECF No. 35) and were otherwise not included in the revised briefing schedule proposed to the Court therein.

WHEREAS, the Affected Account Holders have not been consulted about or otherwise reviewed Banco Azteca's Contemplated Amended Application and, to the extent they are included therein, object to the use of 28 U.S.C. § 1782.

WHEREAS Banco Azteca and the Affected Account Holders agree that, notwithstanding the omission of the Affected Account Holders form the August 13, 2024  joint stipulation (ECF No. 35), the Affected Account Holders's objection to the Contemplated Amended Application and right to bring a Motion to Quash and/or for Protective Order, are and will be preserved, such that the Affected Account Holders may assert any and all arguments in opposition to the Contemplated Amended Application. The Parties further agree that the Affected Account Holders can raise further any objections they may have based on the contents of Banco Azteca's Contemplated Amended Application.

WHEREAS, the Parties therefore, in good faith, request that the Court extend the deadlines for the Affected Account Holders to correspond to those for X. Meta and Google as follows:

| Deadline for the Affected Account Holders to submit objections, file motions to quash, and/or move for protective orders regarding the Contemplated Amended Application | September 17, 2024 |
|---|---|

3

JOINT STIPULATION AND ORDER TO EXTEND NON-PARTY X, META AND GOOGLE ACCOUNT HOLDERS' DEADLINE RELATING TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER
CASE NO.: 5:24-mc-80091-NC

| Deadline for Banco Azteca to file Responses to any motions to quash and/or motions for protective orders. | October 1, 2024 |
|---|---|
| Deadline for the Affected Account Holders to file replies in support of any motions to quash and/or motions for protective orders. | October 8, 2024 |
| Hearing on motions 11:00 a.m. via Zoom | October 16, 2024 |

WHEREAS, the requested modification will have no impact on the case schedule other than to extend the Affected Account Holders' deadline to file a motion to quash and/or for protective order;

WHEREAS, the Parties continue to agree to defer the provision of information/documents concerning Affected Account Holders by X Corp., Google, and Meta to Banco Azteca while the forthcoming motion to quash and/or for protective order is *sub judice*;

WHEREAS, the Parties previously requested that this Court modify time in this case (ECF No. 30);

WHEREAS, the Parties reserve all their rights and nothing in this stipulation should be interpreted to waive their rights; and

WHEREAS, Affected Account Holders have filed a declaration in support of this stipulation as required under Local Rule 6-2(a).

JOINT STIPULATION AND ORDER TO EXTEND NON-PARTY X, META AND GOOGLE ACCOUNT HOLDERS' DEADLINE RELATING TO MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER
CASE NO.: 5:24-mc-80091-NC

1  IT IS SO STIPULATED.

2  DATED: August 20, 2024                      Respectfully submitted,

3                                              COZEN O'CONNOR

4                                      By:   /s/ Michael A. Fernández

5                                              Matthew E. Lewitz (SBN 325379)
                                               mlewitz@cozen.com
6                                              COZEN O'CONNOR
                                               401 Wilshire Boulevard, Suite 850
7                                              Santa Monica, CA 90401
                                               T: (213) 892-7937
8                                              F: (310) 394-4700

9                                              Michael A. Fernández (*Pro Hac Vice*)
                                               mfernandez@cozen.com
10                                             COZEN O'CONNOR
                                               3 WTC, 175 Greenwich Street
11                                             55th Floor
                                               New York, NY 10017
12                                             T: (212) 453-3713
                                               F: (646) 461-2075

13                                             *Attorneys for Non-Party*
                                               *X Account Holders,*
14                                             *John Doe 1 a.k.a @FreddyOliviery;*
                                               *John Doe 2 a.k.a. @PonchoGutz;*
15                                             *Meta Account Holders,*
                                               *John Doe 3 a.k.a. "Luis Guillermo*
16                                             *Hernández";*
                                               *John Doe 4 a.k.a. "Hans Salazar"; and*
17                                             *Google LLC Account Holder,*
                                               *John Doe 5 a.k.a. "SinCensuraTVMedia"*
18

19

20  Dated: August 20, 2024            **NELSON MULLINS RILEY &**
                                      **SCARBOROUGH LLP**
21

22                                    By: /s/ Michael J. Hurvitz
                                         Michael J. Hurvitz
23                                       Attorneys for Applicant BANCO AZTECA

24

25

26

27                                             5

    JOINT STIPULATION AND ORDER TO EXTEND NON-PARTY X, META AND GOOGLE
28  ACCOUNT HOLDERS' DEADLINE RELATING TO MOTION TO QUASH AND/OR FOR
                            PROTECTIVE ORDER
                       CASE NO.: 5:24-mc-80091-NC

## FILER'S ATTESTATION OF CONCURRENCE

I, Michael A. Fernández, Esq., pursuant to Local Rule 5-1(i)(3), attest that I am counsel for Non-Party X Account Holders, John Doe 1 a.k.a @FreddyOliviery and John Doe 2 a.ka. @PonchoGutz; Meta Account Holders, John Doe 3 a.k.a. "Luis Guillermo Hernández" and John Doe 4 a.k.a. "Hans Salazar"; and Google LLC Account Holder, John Doe 5 a.k.a."SinCensuraTVMedia".  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: August 20, 2024                                    Respectfully submitted,

                                                                          COZEN O'CONNOR

                                                            By:   _/s/ Michael A. Fernández_____
                                                                          Michael A. Fernández, Esq.

JOINT STIPULATION AND ORDER TO EXTEND NON-PARTY X, META AND GOOGLE
ACCOUNT HOLDERS' DEADLINE RELATING TO MOTION TO QUASH AND/OR FOR
PROTECTIVE ORDER
CASE NO.: 5:24-mc-80091-NC

1

## <u>ORDER</u>

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

Dated: August 20, 2024

5

6

7

8

Honorable N.

United States

9

GRANTED

Judge Nathanael M. Cousins

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STIPULATION AND ORDER TO EXTEND NON-PARTY X, META AND GOOGLE
ACCOUNT HOLDERS' DEADLINE RELATING TO MOTION TO QUASH AND/OR FOR
PROTECTIVE ORDER
CASE NO.: 5:24-mc-80091-NC

28