# EXHIBIT A

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
P. John Veysey (SBN: 296923)
john.veysey@nelsonmullins.com
One Financial Center, Suite 3500
Boston, MA 02111
Tel: (617) 217-4645 Fax: (617) 217-4710

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Michael J. Hurvitz (SBN: 249050)
mike.hurvitz@nelsonmullins.com
750 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 489.6110 Fax: (619) 821.2834

Attorneys for Applicant Banco Azteca S.A.
Institución de Banca Múltiple

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. _____<br><br>[*Assigned to General Duty Judge*]<br><br>**DECLARATION OF EMILIO SALAZAR ILARREGUI GALETTO IN SUPPORT OF BANCO AZTECA'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDING**<br><br>Date: ____<br>Time: 10:00 AM<br>Courtroom: ____ |

I, EMILIO SALAZAR ILARREGUI GALETTO, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746, that the following is true and correct:

1

1. Applicant Banco Azteca, S.A. Institución de Banca Múltiple (the "**Applicant**" or "**Banco Azteca**") is a bank that operates in Mexico.

2. I am a partner at the law firm of Exsequendi Legal, S.C. an outside counsel of Banco Azteca and its affiliates.

3. I have personal knowledge of the facts stated herein based on my review of Banco Azteca's corporate documents kept by that institution in its regular course of business and my participation in the internal investigation outlined herein, including reviewing public records issued by Mexican government's National Banking and Securities Commission ("CNBV")..

4. By November 2023, Banco Azteca was the ninth largest banking institution in Mexico in terms of assets, and as of January 2024, the second largest bank measured by number of clients.

5. As a result of the slander campaign on social media that began in November 2023 stating that Banco Azteca is in bankruptcy, many of the Applicant's account holders rushed to withdraw their funds. I have knowledge that this represented a damage to the Applicant in a loss in customers of about 800,000 accounts along with their corresponding deposits.

6. Also as the documents that I reviewed in the internal investigation proves, the defamatory posts resulted in Banco Azteca losing approximately 7% of its deposits over several months. This amounted to a loss of about 800,000 accounts, which totaled about a billion U.S. dollars.

7. Banco Azteca is not bankrupt and was not experiencing any bankruptcy crisis at the time of these posts.

8. To date, the Anonymous Individuals' false statements cost the Applicant hundreds of billions of pesos in deposits.

9. Because Applicant is a major bank in Mexico, the Anonymous Individuals' actions caused panic in the financial system.

2

10. Among these efforts, the posts at issue forced Banco Azteca to seek public confirmation of the Applicant's financial health, solvency, and other compliance from the CNBV.

11. The CNBV oversees and regulates Mexico's financial institutions.

12. Banco Azteca's Capitalization Index (ICAP) at October 2023 was 15.08[1], so it is classified in early warning category I, indicating that the institution is sufficiently capitalized to face unexpected loss scenarios, so that <u>no</u> supervisory actions by the regulator are required in relation to its solvency. .

13. Also, Jesus de la Fuente Rodriguez, the president of the National Banking and Securities Commission, in a private interview affirmed Applicant's solvency and financial health.[2]

14. During the presentation of the Financial Stability Report of the second half 2023, Victoria Rodríguez Ceja, the Governor of the Central Bank of Mexico, confirmed and affirmed Applicant's solvency and financial health.[3]

Executed this 5th day of April, 2024.

_____
Emilio Salazar Ilarregui Galetto
Outside Legal Counsel for Banco Azteca, S.A.
Institución de Banca Múltiple

---

[1] See https://www.gob.mx/cnbv/prensa/comunicado-no-40-indice-de-capitalizacion-banca-multiple-de-octubre-de-2023

[2] See, e.g., El Imparcial, "*Banco Azteca in bankruptcy? The CNBV responds*," (January 11, 2024) [translated], https://www.elimparcial.com/mexico/Banco-Azteca-en-bancarrota-La-CNBV-responde-20240111-0051.html.

[3] See, e.g., Ámbito, "Banco Azteca, bankrupt?: Banxico's explicit statement," (December 8, 2023) [translated], https://www.ambito.com/mexico/economia/banco-azteca-en-bancarrota-el-contundente-comunicado-banxico-n5894698.

3