# EXHIBIT B

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
P. John Veysey (SBN: 296923)
john.veysey@nelsonmullins.com
One Financial Center, Suite 3500
Boston, MA 02111
Tel: (617) 217-4645  Fax: (617) 217-4710

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Michael J. Hurvitz (SBN: 249050)
mike.hurvitz@nelsonmullins.com
750 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 489.6110  Fax: (619) 821.2834

Attorneys for Applicant Banco Azteca S.A.
Institución de Banca Múltiple

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-mc-80091-NC<br><br>**DECLARATION OF JOSÉ MANUEL AZPIROZ BRAVO IN SUPPORT OF BANCO AZTECA'S AMENDED EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDING**<br><br>Magistrate Judge: Hon. Nathanael M. Cousins<br>Courtroom: 5 |

I, José Manuel Azpiroz Bravo, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. Applicant Banco Azteca, S.A. Institución de Banca Múltiple (the "**Applicant**" or "**Banco Azteca**") is a large international financial institution that primarily operates in Mexico.

2. As Chief Communications Officer of Grupo Elektra S.A.B. de C.V., I spearhead the communication efforts of one of Latin America's premier financial and retail giants, encompassing

Banco Azteca S.A. Institución de Banca Multiple. My role is pivotal in crafting and implementing holistic communication strategies that elevate the group's image and drive its objectives forward. This role entails a comprehensive management of both internal and external communications, guiding public relations initiatives, and forging strong connections with media entities to ensure unified messaging across diverse channels. A paramount aspect of my duties is crisis management and reputation safeguarding.

3. As part of the investigation, I have personal knowledge of the facts stated herein, have read the posts stated herein and have personal knowledge of their falsity.

4. Banco Azteca is seeking an Order pursuant to § 1782 authorizing discovery for use in a foreign proceeding (the "**Amended Application**") from X Corp. (formerly known as Twitter, Inc.) ("**X**"), Meta Platforms, Inc. (formerly known as Facebook, Inc.) ("**Meta**"), and Google LLC ("**Google**") (collectively the "**California Entities**") for use by the Applicant in a civil proceeding in Mexico.

5. Beginning in late 2023, Banco Azteca became the target of a coordinated multi-national financial terrorism campaign effectuated mostly by anonymous posters (the "**Anonymous Individuals**") on X, Facebook, and YouTube, each owned by the California Entities, respectively.

6. On or about late November 2023, in what appears to be a coordinated effort performed with the express purpose of financially harming Applicant, its leadership and reputation, anonymous individuals using various accounts on different social media platforms began a smear campaign against the Applicant, stating that the Applicant was bankrupt, that it would cease to exist in Mexico, and urged the public to withdraw their money from the Applicant's bank.

7. For example, one of the earliest and most extensive posters among the Anonymous Individuals used the X handle @catrina_nortena ("La Catrina Norteña").

8. On November 26, 2023, in the first of multiple posts that Mexican officials later verified as false, La Catrina Norteña stated the following:

/ / /

/ / /

/ / /

> …Let's see how clients (now ex) of @Azteca Bank as @ELange47 [sic] He just took out all his money, more than 88 thousand pesos, from that bank after the Suspicious Video of @ChapoyPati where it says that everything is "fine" with the bank. And after the Old Man #DonkeyTeeth @RicardoBSalinas He could not pay the 488 million dollars he owes in New York plus the 25 thousand million pesos he owes in taxes, everything indicates that he lacks liquidity and that all his companies are about to fail...

La Catrina Norteña Posts, **Exhibit 1**.[1]

9. For reference Ricardo B. Salinas, or Ricardo Salinas Pliego, is a businessman in Mexico who is the Chairperson of Grupo Elektra, the Applicant's parent company.

10. Each post included the hashtag "#bancoaztecaenquiebra" ("Banco Azteca bankrupt") which went viral, evident from the thousands of reposts of each post by this account.

11. The account posted at least ten other similar messages, each garnering more reposts and shares, and it began advising account holders to withdraw their money, falsely implying the Applicant's inability to guarantee funds.

12. Other similar posts by La Catrina Norteña are linked below, each last visited on February 26, 2024.

> https://twitter.com/catrina_nortena/status/1729945793610600952;
> https://twitter.com/catrina_nortena/status/1729283155948163326
> https://twitter.com/catrina_nortena/status/1730605659127714169
> https://twitter.com/catrina_nortena/status/1732091661977592161
> https://twitter.com/catrina_nortena/status/1729183738624463153
> https://twitter.com/catrina_nortena/status/1729981589768098161
> https://twitter.com/catrina_nortena/status/1731693853176897706
> https://twitter.com/catrina_nortena/status/1732061273251086771
> https://twitter.com/catrina_nortena/status/1732193350550180052
> https://twitter.com/catrina_nortena/status/1732805294533845434
> https://twitter.com/catrina_nortena/status/1730766642462794110

Ex. 1, at 2-18.

---

[1] For the Court's reference, any social media posts that applicant quotes here are condensed, roughly translated from Spanish to English, and edited to remove graphics, including embedded videos, pictures, or text illustrations like "emojis." In addition to the exhibits, attached and cited herein, the posts at issue remain available on platforms like X. *See, e.g.* https://twitter.com/catrina_nortena/status/1729183738624463153 (last visited February 26, 2024).

13. For example, on December 7, 2023, in a post that received nearly 90,000 views, the account stated the following above a video of a woman claiming she needed to withdraw her accounts:

> @BancoAzteca is keeping the REMITTANCES of its clients who come from the US[.] Housewife tells how they illegally blocked her account and won't let her withdraw the money her husband sends from the US. She shows all the things they are asking from her to unblock it and advises others to withdraw their money before the same thing happens to them…

Ex. 1, at 16-17.

14. The allegations in this video were investigated by Banco Azteca and found to be baseless.

15. On December 5, 2023, La Catrina Norteña posted an image of Grupo Elektra's stock plunging during morning trading with the caption: "…The shares of @ElektraMx once again drop after rumors of BANKRUPTCY of its financial arm @Azteca Bank…" *Id*. at 12.

16. Finally, the same user appears to be using or feeding content through the YouTube Chanel "El Chapucero @NachoRgz."

17. Using numerous other accounts on the California Entities' platforms, the Anonymous Individuals quickly worked in coordination to elevate the campaign to damage Applicant's business and reputation, including the false and harmful narrative that a bank run had begun on Banco Azteca.

18. These included posts on the X accounts @Albert_Rudo[2], @RedAMLOmx; @AntiTelevisaMx[3]; and @varamburucano.

19. Additionally, the following users also spread content over X on the following accounts: @sandyaguilera; @FreddyOliviery; @jgnaredo; @alvaro_delgado; and @fisgonmonero.

///

///

---

[2] See, e.g. https://twitter.com/Albert_Rudo/status/1729281609260552305 ("Here we are going to see what a forcible seizure of the Azteca Bank…");

[3] See, e.g. https://twitter.com/AntiTelevisaMx/status/1749425501977158131 ("The crime of FINANCIAL TERRORISM with which the criminal @RicardoBSalinas intends to sue those who talk about the bankruptcy of Banco Azteca, IT DOES NOT EXIST in the penal code. The crime that does exist is tax evasion and Salinas Pliego evades 25 thousand million pesos. JAIL TO SALINAS NOW!")

///

///

20. Other users spread the same campaign over Meta's Facebook platform, including on the accounts Nación AMLO[4]; El Chapucero[5]; Defensa del Consumidor Mx[6]; Morena New York Comité 1[7]; Tepalcatlalpan Vecinos[8]; and Hans Salazar.[9]

21. The following users also spread content as to the Applicant over Meta's Facebook platform on the following accounts: La Verdad Noticias[10] and Luis Guillermo Hernández.[11]

22. The following users posted similar content on Google's YouTube platform: El Chapucero[12]; Sin Censura TV[13]; Iber Alejandro[14]; El Charro Político[15]; and El Mexa Shorts.[16]

23. These YouTube accounts have 1.6 million, 1.31 million, 1.15 million, 1.56 million, and 110,000 subscribers, respectively.

24. Of all the accounts listed above, Applicant was only able to discovery certain names of individuals who may be involved with some of the accounts.

25. Applicant, however, remains unable to confirm that the names used in connection with those accounts actually belong to the posters.

26. In addition to the financial and reputation harm caused by these posts, the Applicant and its affiliates had to undertake the onerous and expensive task of responding to other regulatory

---

[4] https://www.facebook.com/nacionamlomx
[5] https://www.facebook.com/people/El-Chapucero/100044191131454/
[6] https://www.facebook.com/AbogadosMercantilesAlMomento)
[7] https://www.facebook.com/MorenaNY1
[8] https://www.facebook.com/tepalcatlalpansincensura
[9] https://www.facebook.com/portal.hans.digital
[10] https://www.facebook.com/laverdadenlinea.
[11] https://www.facebook.com/luisghernan.
[12] See, e.g. https://www.youtube.com/watch?v=R45yIIrk4-s)
[13] See, e.g. https://www.youtube.com/watch?v=he60OghtHFw (translated video title: "WITHDRAW YOUR SAVINGS FROM BANCO AZTECA! THE CAMPAIGN THAT IS SOUNDING LOUD ON THE NETWORKS"
[14] See, e.g. https://www.youtube.com/watch?v=pfFRkQIqVgA (translated video title: "BANCO AZTECA BANKRUPTCY WITHDRAW IMMEDIATELY")
[15] See, e.g. https://www.youtube.com/watch?v=gXJ6rzC7Iko (translated video title: "REBELLION IN BANCO AZTECA! USERS TAKE THEIR MONEY")
[16] https://www.youtube.com/@ElMexaShorts

DECLARATION OF JOSÉ MANUEL AZPIROZ BRAVO IN SUPPORT OF BANCO AZTECA'S AMENDED EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDING

scrutiny and defending their reputation following months of negative exposure in the Mexican news media.[17]

27. On January 17, 2024, the Applicant's legal representatives in Mexico demanded in writing that Meta and X, through their affiliates, remove certain offending posts and disable their related accounts. January 17, 2024 Letters to Meta Platforms Inc., X Corp., **Exhibit 2**.

28. The Applicant explained in those letters why those accounts violated Mexican law and the X and Meta's own respective policies. *Id.*

29. Because accounts like La Catrina Norteña are anonymous, the California Entities are the only place where those accounts' identifying and geographic information is available.

30. Further, because the California Entities are located in California, no other method is available to obtain this information.

31. Accounts for handles like @nortenacatrina, @catrina_nortena, or El Charro Político, for example, include almost no identifying information.

32. Other accounts include limited information like certain first names or "geotags," which broadly indicate a town or neighborhood from which the account is posting.

33. Furthermore, the names that are listed in the few accounts that have names, could very easily be pseudonyms hiding the identity of the actual posters.

Executed this 16 day of August, 2024.

_____
Name: Jose Manuel Azpiroz Bravo
Title: Chief Communications Officer
Grupo Elektra, S.A.B. de C.V.

---

[17] See, e.g. El Universal, "Rumors of the Effects on Banco Azteca's Financial Situation Are False: Elektra" [translated] (December 4, 2023) https://www.eluniversal.com.mx/cartera/rumores-sobre-afectaciones-a-situacion-financiera-de-banco-azteca-son-falsos-elektra/.