# EXHIBIT F




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231136815
Date Filed: 7/19/2023

| Entity Details | |
|---|---|
| Corporation Name | X Corp. doing business in California as, X Corp., a Nevada Corporation |
| Entity No. | 5616182 |
| Formed In | NEVADA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CA 94103 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CA 94103 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CA 94103 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ➕ Elon Musk | 1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO, CA 94103 | Chief Financial Officer, Chief Executive Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | Web information services |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| *Stacey Busch* | *07/19/2023* |
|---|---|
| Signature | Date |

B1965-4721 07/19/2023 11:59 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

**For Office Use Only**

**-FILED-**

File No.: BA20231894915
Date Filed: 12/15/2023

| Entity Details | |
|---|---|
| Corporation Name | META PLATFORMS, INC. |
| Entity No. | 2711108 |
| Formed In | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 |

### Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| KATHERINE R. KELLY | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Secretary |
| SUSAN LI | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Chief Financial Officer |
| MARK ZUCKERBERG | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Chief Executive Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| JAVIER OLIVAN | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Other | COO |
| AARON ANDERSON | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Other | CAO |
| JENNIFER NEWSTEAD | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Other | CLO |
| DAVID WEHNER | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Other | CSO |
| MARK ZUCKERBURG | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Other | PRESIDENT |
| TODD HEYSSE | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Treasurer | |
| CHRISTOPHER COX | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Other | CPO |
| TED PRICE | 1601 WILLOW ROAD<br>MENLO PARK, CA 94025 | Other | VP, TAX |

| ■ ANDREW BOSWORTH | 1601 WILLOW ROAD MENLO PARK, CA 94025 | Other | CTO |
|---|---|---|---|
| NICHOLAS CLEGG | 1601 WILLOW ROAD MENLO PARK, CA 94025 | Other | PRESIDENT, GLOBAL AFFAIRS |
| + JONATHAN WENDT | 1601 WILLOW ROAD MENLO PARK, CA 94025 | Other | ASSISTANT SECRETARY |

**Agent for Service of Process**

California Registered Corporate Agent (1505)

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV
Registered Corporate 1505 Agent

**Type of Business**

Type of Business        SOCIAL MEDIA

**Email Notifications**

Opt-in Email Notifications        No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail.

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*JONATHAN WENDT*        *12/15/2023*
Signature        Date

B2336-9460 12/15/2023 2:06 PM Received by California Secretary of State

Page 2 of 2



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20231413505 |
| Date Filed: 9/7/2023 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | GOOGLE LLC |
| Entity No. | 201727810678 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| Attention | Attn: Legal Dept. |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

| Manager(s) or Member(s) | |
| --- | --- |
| Manager or Member Name | Manager or Member Address |
| XXVI Holdings Inc. | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | TECHNOLOGY COMPANY |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
| --- | --- |
| CEO Name | CEO Address |
| Sundar Pichai | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| *Kenneth H. Yi* | *09/07/2023* |
|---|---|
| Signature | Date |

B2094-5691 09/07/2023 10:26 AM Received by California Secretary of State