# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-MC-80091-NC<br><br>**[PROPOSED] ORDER GRANTING BANCO AZTECA'S AMENDED EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN A FOREIGN PROCEEDING**<br><br>U.S. Magistrate Judge:<br>Hon. Nathanael M. Cousins<br>Courtroom: 5 |

Pending before the Court is an Application submitted by Applicant Banco Azteca S.A. Institución de Banca Múltiple ("**Banco Azteca**" or the "**Applicant**") for an order of the Court pursuant to 28 U.S.C. § 1782. The Applicant requests that the Court authorize it to obtain information from X Corp., Meta Platforms, Inc., and Google LLC for use by the Applicant in a foreign criminal proceeding in Mexico. The Court has reviewed the request, the application, and the memorandum of law in support, and is informed of the grounds upon which the request and the application are based.

Pursuant to its power under 28 U.S.C. § 1782, the Court hereby ORDERS that the Application is **GRANTED**.

/ / /

/ / /

The Court finds that the discovery sought meets the statutory requirements of 28 U.S.C. § 1782. Specifically, the Court finds: (1) X Corp., Meta Platforms, Inc., and Google LLC reside or are found within this District; (2) the discovery sought is intended for use in a foreign proceeding before a foreign tribunal, specifically, a criminal proceeding in Mexico; and (3) as the victim in that proceeding, the Applicant is an "interested person" under Section 1782.

The Court also finds that the discovery sought by the Applicant meets the discretionary factors outlined in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264 (2004). Specifically, the Court finds, based on the Declarations submitted and supporting case law, that (1) X Corp., Meta Platforms, Inc., and Google LLC are not participants in the foreign proceeding in Mexico; (2) no challenges exist regarding the nature of the foreign tribunal and the Mexican Government's probable receptivity to the Court's judicial assistance; (3) the discovery sought in the application is not an attempt to circumvent the foreign tribunal's proof gathering restrictions or other policies of a foreign country or the United States; and (4) the requested discovery is not unduly intrusive or burdensome as it is narrowly tailored to seek information that will help the Applicant identify the Anonymous Individuals, and enable the Applicant and authorities in Mexico verify that the Anonymous Individuals are actually responsible for distributing various false and economically harmful statements across the internet.

Finally, the Court finds that the Applicant seeks discovery in good faith.

For the foregoing reasons, the Court **GRANTS** the Application and authorizes the Applicant to serve the subpoenas attached to the Application as Exhibit E to X Corp., Meta Platforms, Inc., and Google LLC.

IT IS SO ORDERED.

Dated: _____

Hon. Nathanael M. Cousins
United States Magistrate Judge