1  Nicholas O. Kennedy (State Bar No. 280504)
   nicholas.kennedy@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   1900 North Pearl Street, Suite 1500
3  Dallas, Texas  75201
   Telephone:      214 978 3081
4  Facsimile:      214 978 3099

5
   Byron R. Tuyay (State Bar No. 308049)
6  byron.tuyay@bakermckenzie.com
   **BAKER & McKENZIE LLP**
7  10250 Constellation Blvd., Suite 1850
   Los Angeles, California  90067
8  Telephone:      310 201 4728
9  Facsimile:      310 201 4721

10 Attorneys for Non-Party GOOGLE LLC

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN JOSE DIVISION**

| | |
|---|---|
| In re Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding<br><br>Applicant | Case No. 5:24-MC-80091-NC<br><br>**DECLARATION OF NICHOLAS O. KENNEDY IN SUPPORT OF NON-PARTY GOOGLE, LLC'S MOTION TO QUASH SUBPOENA**<br><br>Date of Hearing: October 16, 2024<br>Time: 11:00 a.m.<br>Courtroom: 5 – 4th Floor<br><br>U.S. Magistrate Judge:<br>    Hon. Nathanael M. Cousins<br>Courtroom: 5 – 4th Floor<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, California 95113 |

CASE NO. 5:24-MC-80091-NC
DECLARATION OF NICHOLAS O. KENNEDY

1.     My name is Nicholas O. Kennedy. I am over the age of twenty-one years, of sound mind, and am capable of making this declaration. I have personal knowledge of the facts stated herein, as set forth below. All of the facts herein are true and correct to the best of my knowledge. I further state that I am fully authorized and competent to testify to the matters set out in this declaration.

2.     I am a Partner at the law firm of Baker & McKenzie LLP, and I am representing Non-Party Google, LLC ("Google") in the above captioned action. I am admitted to practice law in the States of California and Texas, as well as in the United States District Court for the Northern District of California.

3.     I make this Declaration in support of Google's Motion to Quash the Subpoena served on Google by Applicant Banco Azteca S.A. Institucion de Banca Múltiple and Opposition to Banco Azteca's Amended *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding (ECF 39.).

4.     On July 9, 2024, I met and conferred with counsel for Banco Azteca via video teleconference meeting. During that meeting we discussed the Subpoena and Google's general objections to the use of Section 1782 by private litigants to aid in foreign criminal proceedings particularly when the Treaty for Mutual Legal Assistance in Criminal Matters with the United States available to authorities in Mexico. We also discussed a potential resolution for the matter without judicial intervention.

5.     On July 23, 2024, Google served written objections to the Subpoena as the Parties were unable to agree to a resolution regarding Google's objections to the Subpoena. Attached as **Exhibit 1** is a true and correct copy of the objection letter Google served on Banco Azteca.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Southlake, Texas on September 17, 2024.

>   */s/ Nicholas O. Kennedy*
>   Nicholas O. Kennedy