Docusign Envelope ID: E716F5E4-9E8F-4279-A550-FEAE65A78C2C

Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:     214 978 3081
Facsimile:      214 978 3099

Byron R. Tuyay (State Bar No. 308049)
byron.tuyay@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Telephone:     310 201 4728
Facsimile:      310 201 4721

Attorneys for Non-Party GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding<br><br>Applicant | Case No. 5:24-MC-80091-NC<br><br>**DECLARATION OF JORDAN ZUCCARELLO IN SUPPORT OF NON-PARTY GOOGLE LLC'S MOTION TO QUASH SUBPOENA**<br><br>Date of Hearing: October 16, 2024<br>Time: 11:00 a.m.<br>Courtroom: 5 – 4th Floor<br><br>U.S. Magistrate Judge:<br>    Hon. Nathanael M. Cousins<br>Courtroom: 5 – 4th Floor<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, California 95113 |

CASE NO. 5:24-MC-80091-NC
DECLARATION OF J. ZUCCARELLO

I, Jordan Zuccarello, declare under the penalty of perjury as follows:

1. I am a Policy Specialist within the Legal Investigations Support Team at Google LLC.

2. I am over the age of 18, and have personal knowledge of the facts contained herein, except where stated upon information and belief, which facts I believe to be true, and, if called as a witness in this proceeding, could and would competently testify thereto.

3. I make this Declaration in support of Non-Party Google, LLC's Motion to Quash the Subpoena served on Google by Applicant Banco Azteca S.A. Institución de Banca Múltiple on July 2, 2024 ("Subpoena").

4. I searched for information in Google's possession responsive to the Subpoena. In doing so, I obtained registration information for the Google Account associated with one of the YouTube channels identified in the Subpoena.

5. The registration information revealed that the Google Terms of Service Agreement for the primary user account associated with the YouTube channel bearing the username "youtube.com/@SinCensuraTVMedia," and located at the following URL www.youtube.com/watch?v=he6OOghtHFw had been signed using an IP address in the United States.

6. On or about September 10, 2024, I reviewed IP access log data for the primary account associated with the YouTube channel "youtube.com/@SinCensuraTVMedia" and discovered that the primary Google account for this YouTube channel logged-in to the account using IP addresses associated with the United States.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 16th day of September 2024, at Costa Mesa, California.

.



Jordan Zuccarello

1

CASE NO. 5:24-MC-80091-NC
DECLARATION OF J. ZUCCARELLO