Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas  75201
Telephone:	214 978 3081
Facsimile:	214 978 3099

Byron R. Tuyay (State Bar No. 308049)
byron.tuyay@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California  90067
Telephone:	310 201 4728
Facsimile:	310 201 4721

Attorneys for Non-Party GOOGLE LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding<br><br>　　　　Applicant | Case No. 5:24-MC-80091-NC<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO QUASH SUBPOENA PURSUANT TO AMENDED *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**<br><br>Date of Hearing: October 16, 2024<br>Time: 11:00 a.m.<br>Courtroom: 5 – 4th Floor<br><br>U.S. Magistrate Judge:<br>　　Hon. Nathanael M. Cousins<br>Courtroom: 5 – 4th Floor<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, California 95113 |

**[PROPOSED] ORDER**

Having considered Non-Party Google, LLC's ("Google") Motion to Quash the Subpoena served on Google by Applicant Banco Azteca S.A. Institucion de Banca Múltiple and Opposition to Banco Azteca's Amended *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 (ECF 39), the supporting and opposing papers, and evidence submitted herewith, the Court hereby **ORDERS AS FOLLOWS:**

    IT IS HEREBY ORDERED that Google's Motion is GRANTED

    IT IS HEREBY ORDERED that the subpoena to Google served on July 2, 2024 is QUASHED.

    IT IS HEREBY ORDERED that Banco Azteca's Amended *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 (ECF 39) is DENIED.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge