UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-mc-80091-NC<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY X, META AND GOOGLE ACCOUNT HOLDERS' NOTICE OF MOTION AND MOTION TO QUASH AND/OR FOR PROTECTIVE ORDER** |

The Court, having considered the X Account Holders, John Doe 1 a.k.a @FreddyOliviery and John Doe 2 a.ka. @PonchoGutz; Meta Account Holders, John Doe 3 a.k.a. "Luis Guillermo Hernández" and John Doe 4 a.k.a. "Hans Salazar"; and Google LLC Account Holder, John Doe 5 a.k.a. "SinCensuraTVMedia" (collectively, the "Non-Party Movants") Notice of Motion and Motion to Quash and/or For Protective Order, and all papers and arguments in support thereof and opposition thereto, and for good cause shown, HEREBY ORDERS as follows:

IT IS HEREBY ORDERED that Non-Party Movants' Motion is GRANTED.

IT IS FURTHER ORDERED that Banco Azteca, S.A. Institución de Banca Múltiple's ("Banco Azteca") Amended *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding (ECF No. 39) is HEREBY DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Subpoenas issued by Banco Azteca to X Corp., Meta Platforms, Inc., and Google, LLC (ECF No. 39-5), each dated August 20, 2024, are HEREBY QUASHED.

IT IS SO ORDERED

Dated: _____

                                        _____
                                        Honorable Nathanael M. Cousins
                                        United States Magistrate Judge