Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorney for Respondent
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of BANCO AZTECA S.A. INSTITUTION DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-mc-80091-NC<br><br>**DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF RESPONDENT META PLATFORMS, INC.'S MOTION TO QUASH SUBPOENA AND OPPOSITION TO AMENDED APPLICATION**<br><br>Hearing Date: October 16, 2024<br>Hearing Time: 11:00 a.m.<br>Courtroom: 5 – 4th Floor<br>Judge: Magistrate Judge Nathanael M. Cousins |

# DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF MOTION TO QUASH SUBPOENA AND OPPOSITION TO AMENDED APPLICATION

I, Julie E. Schwartz, declare as follows:

1. I am a partner at the law firm Perkins Coie LLP in Seattle, Washington and am one of the attorneys representing Meta Platforms, Inc. ("Meta") in this action. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2. **Exhibit A** is a true and correct copy of the "About" section of the Facebook account for MorenaNY1, retrieved from and available at https://www.facebook.com/MorenaNY1/about_details (last accessed September 17, 2024). When translated from Spanish to English, this section states that the members are Mexican citizens who live in New York.

3. **Exhibit B** is a true and correct copy of the "Page Transparency" section of the Facebook account for MorenaNY1, retrieved from and available at https://www.facebook.com/MorenaNY1/about_profile_transparency (last accessed September 17, 2024).

4. I met with counsel for Banco Azteca S. A. Institution de Banca Multiple ("Applicant") on May 23, 2024. During the call, counsel for Applicant stated that the users of the targeted accounts had criminally defamed Applicant for political reasons, which caused a panic that resulted in Applicant losing 8% of its deposits. Counsel for Applicant also stated that the users told Applicant that they would stop posting messages if the Applicant paid them money. As a result, Applicant's counsel stated that Applicant was pursuing charges of criminal conspiracy and "financial terrorism."

5. I met with counsel for Applicant on July 24, 2024. During that conference, counsel for Applicant stated that Applicant would consider removing the criminal action as a basis for the Amended Application and instead seek user information exclusively for a civil action.

6. When asked, Applicant has declined to provide any additional information regarding the purported criminal proceeding. **Exhibit C** is a true and correct copy of email correspondence between August 20, 2024 to September 9, 2024 among Applicant's counsel, X

1  Corp.'s counsel, Google LLC's counsel, counsel for the users of some of the targeted accounts, and me. In that email correspondence, Applicant's counsel repeatedly rejects requests for such information.

7.  **Exhibit D** is a true and correct copy of the subpoena issued by Applicant dated April 11, 2024 and served July 2, 2024, ECF 19 (the "Subpoena").

8.  **Exhibit E** is a true and correct copy of the objections to the Subpoena timely served by Meta on July 16, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 17th day of September, 2024, at Seattle, Washington.

**PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
Julie E. Schwartz, Bar No. 260624

Attorney for Respondent
META PLATFORMS, INC.