# EXHIBIT A



**URL**

https://www.facebook.com/MorenaNY1/about_details

**Timestamp**

Tue Sep 17 2024 08:38:27 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.facebook.com/MorenaNY1/about_details
**Timestamp**
Tue Sep 17 2024 08:38:27 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.facebook.com/MorenaNY1/about_details

**Timestamp**

Tue Sep 17 2024 08:38:27 GMT-0700 (Pacific Daylight Time)