# EXHIBIT B



**URL**

https://www.facebook.com/MorenaNY1/about_profile_transparency

**Timestamp**

Tue Sep 17 2024 07:39:00 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.facebook.com/MorenaNY1/about_profile_transparency

**Timestamp**

Tue Sep 17 2024 07:39:00 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.facebook.com/MorenaNY1/about_profile_transparency
**Timestamp**
Tue Sep 17 2024 07:39:00 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.facebook.com/MorenaNY1/about_profile_transparency

**Timestamp**

Tue Sep 17 2024 07:39:00 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.facebook.com/MorenaNY1/about_profile_transparency

**Timestamp**

Tue Sep 17 2024 07:39:00 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.facebook.com/MorenaNY1/about_profile_transparency

**Timestamp**

Tue Sep 17 2024 07:39:00 GMT-0700 (Pacific Daylight Time)