# EXHIBIT C

| | |
|---|---|
| **From:** | John Veysey |
| **To:** | Fernandez, Michael |
| **Cc:** | Mike Hurvitz; Hawk, Jon; Schwartz, Julie (SEA); Mark Raymond; Francisco Armada; Byron.Tuyay@bakermckenzie.com; Kennedy, Nicholas; Roberts, Emma (DAL); Lewitz, Matthew E. |
| **Subject:** | RE: In re 1782 Subpoena Application by BANCO AZTECA, Case No. 24-mc-80091 NC (N.D. Cal.) |
| **Date:** | Monday, September 9, 2024 10:10:15 AM |

Hi Michael,

My apologies on the late reply, but hope you also had an enjoyable weekend. Our position remains the same as before: Banco Azteca will not share a copy of the "underlying documents filed with and/or issued by the Jalisco court" – to use your language – particularly where a criminal investigation may be ongoing. We reiterate that Banco Azteca has no duty to share those materials in this context under Mexico or United States law. Regarding the latter, we reiterate that if your clients wish to challenge this, the briefing process here affords sufficient opportunity to do so. We note that attorneys for Banco Azteca affirmed under oath in the original application as to the progress of the criminal action underway in Mexico, including the investigation folder number (see, e.g. Ex. C, ¶ 9) (ECF 1-3). We accordingly defer to the processes and regulations followed by the relevant law enforcement divisions in that jurisdiction and related law, including, but not limited to, confidentiality requirements. As to Banco Azteca's other reasons for its position, we continue to reserve all rights, including attorney work product and attorney-client privilege protections. Banco Azteca more generally reserves all other rights.

Many thanks,

john



**P. JOHN VEYSEY**   OF COUNSEL
john.veysey@nelsonmullins.com

**ONE FINANCIAL CENTER | SUITE 3500**
**BOSTON, MA 02111**
T **617.217.4645**   F **617.217.4710**

**PACIFIC GATEWAY | SUITE 900**
**19191 SOUTH VERMONT AVENUE | TORRANCE, CA 90502**
T **424.221.7400**   F **424.221.7499**

**NELSONMULLINS.COM**   **VCARD**   **VIEW BIO**

---

**From:** Fernandez, Michael <MFernandez@cozen.com>
**Sent:** Tuesday, September 3, 2024 4:20 PM
**To:** John Veysey <john.veysey@nelsonmullins.com>
**Cc:** Mike Hurvitz <mike.hurvitz@nelsonmullins.com>; Hawk, Jon <jhawk@mwe.com>; Schwartz, Julie (Perkins Coie) <JSchwartz@perkinscoie.com>; Mark Raymond <mark.raymond@nelsonmullins.com>; Francisco Armada <francisco.armada@nelsonmullins.com>; Byron.Tuyay@bakermckenzie.com; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Roberts, Emma (Perkins Coie) <EmmaRoberts@perkinscoie.com>; Lewitz, Matthew E. <MLewitz@cozen.com>
**Subject:** RE: In re 1782 Subpoena Application by BANCO AZTECA, Case No. 24-mc-80091 NC (N.D. Cal.)

Hi John,

I hope everyone is well and had a good Labor Day weekend. I wanted to follow up again on my below query. Please advise.

Thanks,
Michael



**Michael A. Fernández**
**Member | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor **|** New York, NY 10007
P: 212-453-3713 F: 646-461-2075
Email | Map | cozen.com

---

**From:** Fernandez, Michael
**Sent:** Monday, August 26, 2024 2:20 PM
**To:** John Veysey <john.veysey@nelsonmullins.com>
**Cc:** Mike Hurvitz <mike.hurvitz@nelsonmullins.com>; Hawk, Jon <jhawk@mwe.com>; Schwartz, Julie (Perkins Coie) <JSchwartz@perkinscoie.com>; Mark Raymond <mark.raymond@nelsonmullins.com>; Francisco Armada <francisco.armada@nelsonmullins.com>; Byron.Tuyay@bakermckenzie.com; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Roberts, Emma (Perkins Coie) <EmmaRoberts@perkinscoie.com>; Lewitz, Matthew E. <MLewitz@cozen.com>
**Subject:** RE: In re 1782 Subpoena Application by BANCO AZTECA, Case No. 24-mc-80091 NC (N.D. Cal.)

Hi John,

I hope you're well. I wanted to briefly circle back on my below query.

Best regards,
Michael



**Michael A. Fernández**
**Member | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor **|** New York, NY 10007
P: 212-453-3713 F: 646-461-2075
Email | Map | cozen.com

---

**From:** Fernandez, Michael
**Sent:** Tuesday, August 20, 2024 5:26 PM
**To:** John Veysey <john.veysey@nelsonmullins.com>
**Cc:** Mike Hurvitz <mike.hurvitz@nelsonmullins.com>; Hawk, Jon <jhawk@mwe.com>; Schwartz, Julie (Perkins Coie) <JSchwartz@perkinscoie.com>; Mark Raymond <mark.raymond@nelsonmullins.com>; Francisco Armada <francisco.armada@nelsonmullins.com>; Byron.Tuyay@bakermckenzie.com; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Roberts, Emma (Perkins Coie) <EmmaRoberts@perkinscoie.com>; Lewitz, Matthew E. <MLewitz@cozen.com>
**Subject:** RE: In re 1782 Subpoena Application by BANCO AZTECA, Case No. 24-mc-80091 NC (N.D. Cal.)

John,

Thanks for your response.

I understood that you were in transit, which is why I wanted to make sure I clarified what your position is.

For the avoidance of doubt, we're not looking to get into Nelson Mullin's advice to Banco Azteca client. To the extent that my emails may have given that suggestion, I want to clarify that was not in any way our intention.

What my clients are interested in is the underlying documents that have been filed with and/or issued by the Jalisco court. It sounds like you do not have any copies of what was filed and/or issued. Is that correct?

Thanks, again,
Michael



**Michael A. Fernández**
**Member | Cozen O'Connor**
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 212-453-3713 F: 646-461-2075
Email | Map | cozen.com

---

**From:** John Veysey <john.veysey@nelsonmullins.com>
**Sent:** Tuesday, August 20, 2024 12:10 PM
**To:** Fernandez, Michael <MFernandez@cozen.com>
**Cc:** Mike Hurvitz <mike.hurvitz@nelsonmullins.com>; Hawk, Jon <jhawk@mwe.com>; Schwartz, Julie (Perkins Coie) <JSchwartz@perkinscoie.com>; Mark Raymond <mark.raymond@nelsonmullins.com>; Francisco Armada <francisco.armada@nelsonmullins.com>; Byron.Tuyay@bakermckenzie.com; Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Roberts, Emma (Perkins Coie) <EmmaRoberts@perkinscoie.com>; Lewitz, Matthew E. <MLewitz@cozen.com>
**Subject:** RE: In re 1782 Subpoena Application by BANCO AZTECA, Case No. 24-mc-80091 NC (N.D. Cal.)

**\*\*EXTERNAL SENDER\*\***

Michael,

The edited stipulation looks great. You can sign on our behalf.

Regarding the criminal complaint, apologies for any lack of clarity on my part as I was driving during our call, but my position was and remains relatively simple. We understand the authorities in Mexico have an ongoing investigation. For obvious reasons, my team is not involved in that investigation. We are not prepared to collect and share information with your clients about that investigation, and we will not do so. Your clients are demanding to know the reason why we won't collect and share this information. What they're demanding would violate attorney/client privilege. Our conversation yesterday was amicable and I took care to preface that part of the discussion that our privilege position is not to be uncooperative or cagey, we are just not willing to divulge information that would disclose underlying strategy and rationale.

Regarding your other positions, like our other discussions this week, I don't think this email chain is the best place to resolve those issues, to the extent we're even qualified to address some of what you raise below. We will continue to reserve all rights on those and your other positions.

Again, available to touch base over the phone, so feel free to give me a call.

Thanks,

john

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.