Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorney for Respondent
META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re Application of BANCO AZTECA S.A. INSTITUTIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-mc-80091-NC<br><br>[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA AND DENYING AMENDED APPLICATION<br><br>Hearing Date:  October 16, 2024<br>Hearing Time: 11 a.m.<br>Courtroom:    5 – 4th Floor<br>Judge:    Magistrate Judge Nathanael M. Cousins |
|---|---|

-1-

The Court, having considered Meta Platforms, Inc.'s ("Meta") Motion to Quash Subpoena and Opposition to Banco Azteca S.A. Institucion de Banca Múltiple's ("Applicant") Amended Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("Motion"), the pleadings herein, the papers filed in support of the Motion, and any oral argument, now hereby **GRANTS** Meta's Motion and **DENIES** Applicant's Amended Application.

Dated: _____, 2024

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge