**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
P. John Veysey (SBN: 296923)
john.veysey@nelsonmullins.com
One Financial Center, Suite 3500
Boston, MA 02111
Tel: (617) 217-4645 Fax: (617) 217-4710

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Michael J. Hurvitz (SBN: 249050)
mike.hurvitz@nelsonmullins.com
750 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 489-6110 Fax: (619) 821-2834

Attorneys for Applicant Banco Azteca S.A. Institución de Banca Múltiple

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-mc-80091-NC<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE'S DEADLINE TO FILE ITS RESPONSE TO X CORP.'S MOTION TO QUASH**<br><br>U.S. Magistrate Judge:<br>Hon. Nathanael M. Cousins<br>Courtroom: 5 – 4th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, Applicant Banco Azteca S.A. Institución de Banca Múltiple ("Applicant" or "Banco Azteca") and Respondent X Corp. (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on April 16, 2024, Banco Azteca filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("Initial

Application") (ECF No. 1);

WHEREAS, on June 25, 2024, the Court issued its Order Approving Issuance of Requested Subpoenas, providing that "[t]he subpoena recipients, and affected account holders, may object to the subpoenas and may move for a protective order, within 28 days after receiving the subpoenas." (ECF No. 18, at 3);

WHEREAS, on July 8, 2024, Banco Azteca filed an affidavit of service stating that on July 2, 2024, it served subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action on X Corp. (the "Initial Subpoenas") (ECF No. 19-2);

WHEREAS, X Corp. was first served with Banco Azteca's Application in this proceeding in late April 2024, and, since at least early May 2024, the Parties have met and conferred in good faith regarding Banco Azteca's Initial Subpoenas;

WHEREAS, on July 30, 2024, X Corp. filed its Notice of Motion and Motion to Quash Banco Azteca's Initial Subpoena (ECF No. 26);

WHEREAS, Banco Azteca asked X Corp. if it would agree to Banco Azteca submitting an Amended 28 U.S.C. § 1782 Application, with Banco Azteca explaining that its intent in doing so would be to narrow the issues and objections raised by X Corp., including in its first Motion to Quash, and raised by the other respondents via objection (at least as of July 30, 2024, without those other respondents filing motions to quash);

WHEREAS, on August 13, 2024, the Parties filed a Joint Stipulation and Proposed Order to Extend the Briefing Schedule Relating to the Parties' Motion to Quash an/or For Protective Order (ECF No. 35);

WHEREAS, on August 14, 2024, the Court granted the Joint Stipulation and Proposed Order to Extend the Briefing Schedule and allow Banco Azteca to file an Amended Application, thereby extending the deadline to file motions to quash until September 17, 2024 (the "Motion to Quash

Deadline") (ECF No. 36);

WHEREAS, on August 20, 2024, the Affected Account Holders and Banco Azteca filed a Joint Stipulation and Proposed Order to Extend the Briefing Schedule and deadlines for Motions Quash and/or For Protective Orders (ECF No. 37);

WHEREAS, on August 20, 2024, the Court granted the Joint Stipulation and Proposed Order to Extend Non-Party X, Meta, and Google Account Holders' Deadline Relating to Motion to Quash and/or for Protective Order, thereby allowing Banco Azteca to file an Amended Application and extending the deadline to file motions to quash until the Motion to Quash Deadline (ECF No. 38);

WHEREAS, the Parties requested that the Court stay the current case schedule, including Banco Azteca's deadline to Respond to X Corp.'s Motion to Quash, the other Parties' August 20, 2024, Motion to Quash Deadline, and any oppositions or replies, and related hearings, until the Court issues an Order granting Banco Azteca's contemplated Amended 28 U.S.C. § 1782 application. X Corp. reserved all rights in connection with Banco Azteca's contemplated Amended Application, as set forth in that stipulation;

WHEREAS, the Court entered the Parties' stipulated briefing schedule as follows:

| | |
|---|---|
| Deadline for Banco Azteca to file Amended 28 U.S.C. § 1782 Application. | August 20, 2024 |
| Deadline to submit objections, file motions to quash, or move for protective orders regarding subpoenas. | September 17, 2024 |
| Deadline to file Responses to any motions to quash Subpoenas or motions for protective orders. | October 1, 2024 |
| Deadline to file replies to any responses. | October 8, 2024 |
| Hearing date via Zoom | October 16, 2024 |

WHEREAS, Banco Azteca submitted its Amended 28 U.S.C. § 1782 Application on August 20, 2024 (the "Amended Application") (ECF 39);

WHEREAS, on September 17, 2024, (1) X Corp. filed its Second Notice of Motion and Motion to Quash Banco Azteca's Subpoena (in connection with Banco Azteca's Amended Application); (2) Google LLC filed its Notice of Motion and Motion to Quash Subpoena and

3

Opposition to Banco Azteca's Amended Ex Parte Application for an Order Pursuant to 28 U.S.C. 1782; (3) Non-party X, Meta and Google Account Holders (as that term is used in ECF 44) filed their Motion to Quash and/or for Protective Order; and (4) Meta filed its Notice of Motion and Motion to Quash Subpoena and Opposition to Amended Application (collectively, "Motions to Quash").

WHEREAS, Banco Azteca's Response to X Corp.'s Motion to Quash is due on October 1, 2024;

WHEREAS, on the afternoon of September 25, 2024, Banco Azteca requested an extension because members of its team were engaged with a pending appellate deadline;

WHEREAS, on the morning of September 27, 2024, the members of Banco Azteca's Florida teams who are helping manage this case were affected by Hurricane Helene;

WHEREAS, Banco Azteca notified X Corp., Google, Meta, and the Affected Account Holders that it intends to include a variety of documents that require lengthy translation as part of its response to the Motions to Quash;

WHEREAS, on September 27, 2024, Banco Azteca, Google, Meta, and the Affected Account Holders filed a stipulation (the "Joint Stipulation") that Banco Azteca shall have an additional seven days to file its responses, and stipulated that Google, Meta, and the Affected Account Holders, shall each, respectively, have an additional seven days to file their replies thereto, and the hearing on the Parties' motions will take place on November 13, 2024, and the following briefing schedule shall apply:

| | |
|---|---|
| Deadline to file Responses to any motions to quash Subpoenas or motions for protective orders. | October 8, 2024 |
| Deadline to file replies to any responses. | October 22, 2024 |
| Hearing date via Zoom | November 13, 2024 |

(ECF 47).

4

JOINT STIPULATION AND PROPOSED ORDER TO EXTEND BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE'S DEADLINE TO FILE ITS RESPONSE TO CERTAIN X CORP.'S MOTION TO QUASH

WHEREAS, Banco Azteca and X Corp., through their counsel, separately discussed a similar extension, but X Corp. could not take a position because its stakeholders had been unavailable since this issue arose on Wednesday, September 25, 2024;

WHEREAS, out of an abundance of caution, Banco Azteca concurrently filed a Motion for Extension to File Its Response to X Corp.'s Motion to Quash (ECF 48) (the "X Corp. Extension Motion");

WHEREAS, on September 27, 2024, the Court granted the Joint Stipulation (ECF 49) (the "Order");

WHEREAS, on September 30, 2024, X Corp., through counsel, confirmed to Banco Azteca's counsel that X Corp. will stipulate to joining the briefing and hearing schedule described in the Court's September 27, 2024, Order;

WHEREAS, X Corp., by entering into this stipulation, does not consent or in any way approve of Banco Azteca filing any additional materials that were not submitted with its initial Application or its Amended Application. X Corp. reserves all rights to respond to, and seek any relief whatsoever in connection with, Banco Azteca's contemplated opposition to X Corp.'s pending Motion to Quash on any and all bases that X Corp. may have, including, but not limited to, that any new materials that Banco Azteca may submit with its contemplated opposition are inappropriate and untimely given the Parties' course of dealings in this proceeding.

WHEREAS, the Parties respectfully ask the Court to disregard, and to deny as moot, Banco Azteca's Administrative Motion filed on Friday, September 27, 2024, seeking an extension of Banco Azteca's time to respond to X Corp.'s Motion to Quash, and to grant this stipulation to align Banco Azteca's and X Corp.'s respective opposition and reply briefing schedules, and the hearing date on X Corp.'s Second Motion to Quash, with the schedule entered by the Court on September 27, 2024 (ECF 49) as to the other parties;

5

JOINT STIPULATION AND PROPOSED ORDER TO EXTEND  BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE'S DEADLINE TO FILE ITS RESPONSE TO CERTAIN X CORP.'S MOTION TO QUASH

WHEREAS, Applicant Banco Azteca has filed a declaration in support of this stipulation as required under Local Rule 6-2(a).

IT IS SO STIPULATED.

DATED: September 30, 2024

        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

        By: */s/ John Veysey*
           P. John Veysey
           Attorneys for Applicant Banco Azteca S.A. Institución de Banca Múltiple

        **MCDERMOTT WILL & EMERY LLP**

        By: */s/ Jon Hawk*
           J. Jonathan Hawk
           Attorneys for X Corp.

### FILER'S ATTESTATION OF CONCURRENCE

I, P. John Veysey, Esq., pursuant to Local Rule 5-1(h)(i), attest that I am counsel for Banco Azteca S.A. Institución de Banca Múltiple. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

DATED: September 30, 2024                      Respectfully submitted,

        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

        By: */s/ John Veysey*
           P. John Veysey

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED: _____, 2024**

_____
Honorable Nathanael M. Cousins
United States Magistrate Judge