**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
P. John Veysey (SBN: 296923)
john.veysey@nelsonmullins.com
One Financial Center, Suite 3500
Boston, MA 02111
Tel: (617) 217.4645 Fax: (617) 217.4710

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Michael J. Hurvitz (SBN: 249050)
mike.hurvitz@nelsonmullins.com
750 B Street, Suite 2200
San Diego, CA 92101
Tel: (619) 489.6110 Fax: (619) 821.2834

Attorneys for Plaintiff
BANCO AZTECA S.A. INSTITUCION DE BANCA MULTIPLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| Application of BANCO AZTECA S.A. INSTITUCION DE BANCA MULTIPLE, for an Order Pursuant to 28 U.S.C. ss 1782 Authorizing Discovery for Use in a Foreign Proceeding,<br><br>Plaintiff. | Case No. 5:24-mc-80091-NC<br><br>**LETTER TO COURT REGARDING ECF 46 AND 52**<br><br>Magistrate: Judge Nathanael M. Cousins |

Banco Azteca, S.A. Institución de Banca Múltiple (the "**Applicant**" or "**Banco Azteca**") submits the following in response to a document appearing to be a protective order that purports to be a stipulation between Banco Azteca's counsel and various "Account Holders" (ECF 46) and respectfully asks the Court to disregard this document and remove it and the Court's October 3, 2024 entry granting this submission (ECF 52) from the docket.

Banco Azteca, nor any of the other parties, counsel, and entities involved in this matter, including the undersigned and counsel copied here, have any knowledge of the origins of the document filed at ECF 46, nor did any of these

1

parties prepare or direct its filing. Despite the electronic signature listed on the document, the undersigned did not sign this document and saw it for the first time when the parties received an ECF notice.

These parties similarly have no knowledge or familiarity with the sender "Juan Bautista" at email address bjuan930@yahoo.com who circulated the same filing to certain recipients copied here.

The undersigned confirmed with counsel of record for X Corp., Google LLC, Meta Platforms, Inc., and Non-Party X, Meta, and Google Account Holders that they did not draft, file, or submit this document, nor do they have any information on its origin or purpose.

Banco Azteca, with knowledge by these other parties respectfully request that the Court remove this order from the docket and disregard its submission, and similarly vacate the Court's order at ECF 52.

Dated: October 7, 2024        Respectfully submitted,

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By:   */s/ Michael J. Hurvitz*
_____
Michael J. Hurvitz
P. John Veysey
Attorneys for BANCO AZTECA S.A.
INSTITUCIÓN DE BANCA MÚLTIPLE

cc:   Michael A. Fernandez, Esq.
      Matthew E. Lewitz, Esq.
      Julie E. Schwartz, Esq.
      J. Jonathan Hawk, Esq.
      Kathryn Barragan, Esq.
      Nicholas O. Kennedy, Esq.
      Byron R. Tuyay, Esq.

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with Nelson Mullins Riley & Scarborough LLP and my business address is 750 B Street, Suite 2200, San Diego, CA 92101.

On October 8, 2024 I served the foregoing document entitled **LETTER REGARDING ECF 46 STIPULATION WITH PROPOSED PROTECTIVE ORDER** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof as follows:

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with [attorney service].

☐ **[by ELECTRONIC SERVICE VIA FILE & SERVEXPRESS]** - Based on court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the recipients designated on the Transaction Receipt located on the File & ServeXpress (formerly known as LexisNexis File & Serve) website.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed October 8, 2024 at San Diego, California.

Maria Polito
Print Name

By: */s/ Maria Polito*
Signature