UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re 1782 Subpoena Application by BANCO AZTECA. | Case No. 24-mc-80091 NC<br><br>**ORDER VACATING PROTECTIVE ORDER DKT. NO. 52** |

On October 3, 2024, the Court granted what appeared to be a stipulated protective order presented to the Court. Dkt. No. 46 (filing); Dkt. No. 52 (order). On October 8, 2024, Petitioner Banco Azteca alerted the Court that what appeared to be a stipulation was not in fact authorized by Banco Azteca or any of the respondents. Dkt. No. 53. Banco Azteca asked the Court to vacate the Protective Order. No party has opposed the request to vacate.

Under Federal Rule of Civil Procedure 60(a), the Court may correct a mistake arising from oversight or omission. Pursuant to Rule 60(a), the Court VACATES the Protective Order at Dkt. No. 52 and directs the Clerk of Court to indicate in the docket that Dkt. No. 52 is vacated and may not be enforced.

**IT IS SO ORDERED.**

Dated: October 29, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge