1  **NELSON MULLINS RILEY &**
   **SCARBOROUGH, LLP**
2  P. John Veysey (SBN: 296923)
   john.veysey@nelsonmullins.com
3  One Financial Center, Suite 3500
   Boston, MA 02111
4  Tel: (617) 217-4645 Fax: (617) 217-4710

5  **NELSON MULLINS RILEY &**
   **SCARBOROUGH, LLP**
6  Michael J. Hurvitz (SBN: 249050)
   mike.hurvitz@nelsonmullins.com
7  750 B Street, Suite 2200
   San Diego, CA 92101
8  Tel: (619) 489-6110 Fax: (619) 821-2834

9  Attorneys for Applicant Banco Azteca S.A.
   Institución de Banca Múltiple

10

11                    **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13
   *In re* Application of BANCO AZTECA S.A.        Case No. 5:24-MC-80091-NC
14 INSTITUCIÓN DE BANCA MÚLTIPLE, for an
   Order Pursuant to 28 U.S.C. § 1782 Authorizing   **APPLICANT'S UPDATE IN**
15 Discovery for Use in a Foreign Proceeding        **COMPLIANCE WITH ECF 67 ON**
                                                     **RESPONDENTS' MOTIONS TO**
16                                                   **QUASH BANCO AZTECA S.A.**
                                                     **INSTITUCIÓN DE BANCA**
17                                                   **MÚLTIPLE'S SUBPOENAS**

18
                                                     Hearing Date:  March 19, 2025
19                                                   Hearing Time: 11:00 AM
                                                     Courtroom: Zoom Webinar
20                                                   Judge: Hon. Nathanael M. Cousins

21

22

23

24

25

26

27

28
                                    1                      5:24-MC-80091-NC
   APPLICANT'S UPDATE IN COMPLIANCE WITH ECF 67 ON RESPONDENTS'
   MOTIONS TO QUASH BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE'S
                                SUBPOENAS

Pursuant to the Court's Minute Entry following the November 13, 2024 Hearing on Respondents' Motions to Quash, Applicant Banco Azteca S.A. Institución de Banca Múltiple ("Applicant" or "Banco Azteca") provides the following Update in compliance with the Court's instructions.[1]

**Introduction and Procedural History**

Following the November 13, 2024 Hearing on Respondents' Motions to Quash Banco Azteca's Subpoenas submitted in connection with Banco Azteca's Amended *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding (the "Amended Application"), the Court issued instructions in a Minute Entry to the Parties as follows:

[The] Court suggested these issues needed further development on present record:

1. status of the criminal and civil proceedings in Mexico;
2. whether requests could be more narrowly tailored such as by deleting credit card info requested;
3. reduce number of accounts to be searched;
4. agree to a protective order regulating distribution and use of any information produced

(ECF 67).

During the Hearing, the Court also suggested that Banco Azteca provide any updates that it may want to keep confidential by seeking the Court's permission to file those materials under seal,

---

[1] Although the Court's Minute Entry requested the Parties submit a joint update, Banco Azteca understands the Respondents are filing a collective administrative motion to further adjourn the Court's March 12, 2025 deadline and related March 19, 2025 hearing to address scheduling issues among their respective counsel and permit additional time to negotiate and handle the exchange and review of documents that remain at issue. As the Respondents' Administrative Motion may indicate, Banco Azteca cannot at this time assent to that motion but otherwise does not object to it. However, in order to ensure compliance with the Court's existing deadlines, pending any decision on the Respondents' Administrative Motion, and to permit the Court sufficient time to assess any briefing schedule requested by the Respondents in connection with Banco Azteca's Motion to Seal, filed with this update, Banco Azteca files this stand-alone Update while other matters remain pending. Banco Azteca remains in contact with the Respondents regarding the issue of a possible briefing schedule raised by Respondents regarding Banco Azteca's Motion to Seal, of which Banco Azteca sent Respondents several drafts in recent weeks. While Banco Azteca reserves all rights as to the propriety of or need for any such briefing schedule, including the right to object to any proposed schedule, it files this standalone update and related Motion to Seal with no intention of trying to circumvent or short-circuit Respondents if they do make that request, or to otherwise complicate scheduling matters.

and to seek Respondents' input on whether they will agree to submission of any materials under seal.

The Court set a deadline for the parties to submit an update for February 12, 2025, and scheduled a further hearing for February 19, 2025, at 11:00 AM PST, via Zoom. The Parties subsequently stipulated to an extension of these dates to March 12, 2025, and March 19, 2025, respectively. Banco Azteca is aware that Respondents are seeking further extensions of these dates.[2] In the meantime, Banco Azteca accordingly submits its Update as follows.

**Updates Submitted by Banco Azteca**

1. <u>Status of the criminal and civil proceedings in Mexico</u>

    a. Criminal investigation

The criminal investigation in Mexico remains in the hands of law enforcement authorities. Banco Azteca submits the Declaration of Victor Manuel Palacios Certucha, attached to this filing at Exhibit A, which indicates that proceedings remain at the "investigation" stage, which the Declarant defines therein. Banco Azteca is prepared to provide the following records, for the Court's review, *in camera*, as requested in the attached Motion to Seal.[3]

1. Complaint of Facts by Banco Azteca (the "Criminal Complaint"), dated January 19, 2024
2. Order in the Criminal Investigation, February 12, 2024
3. Order in the Criminal Investigation, February 13, 2024

Banco Azteca previously identified the existence of each of these materials at paragraphs 9–13 of the Declaration of Mario Alvaro Figueroa Lopez in support of its initial Application, at paragraph 9 of the Declaration of Gabriel Alejandro Rodríguez Chávez in Banco Azteca's Amended Application, and at paragraphs 9–13, of the Declaration of Gabriel Alejandro Rodríguez Chávez (see e.g., ECF 60-1).

Banco Azteca also provides copies of three "Testimonios," or affidavits, filed in support of the Criminal Complaint by Banco Azteca. Banco Azteca previously offered to provide Respondents with copies of the "Testimonios" under an Attorneys' Eyes Only designation. To date, Respondents

---

[2]   See FN 1.
[3]   Banco Azteca submits these records in their original form and as translated.

JOINT UPDATE IN COMPLIANCE WITH ECF 67 ON RESPONDENTS' MOTIONS TO
QUASH BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE'S SUBPOENAS

have yet to fully agree to that offer, which is still under discussion among the Parties. Banco Azteca accordingly includes those materials in its Motion to Seal for the Court's review to seek similar protections. In the meantime, Banco Azteca submits the following records for the Court's review with related translations:

1. Testimony of Record Number 5930 in Support of Banco Azteca's Criminal Complaint.
2. Testimony of Record Number 5932 in Support of Banco Azteca's Criminal Complaint.
3. Testimony of Record Number 5933 in Support of Banco Azteca's Criminal Complaint.

Those are attached, under seal, as Exhibits 1–3 to this Update. Banco Azteca submits these records under seal, pursuant to the Motion to Seal filed contemporaneously with this Update.

Mr. Palacios Certucha's declaration also provides a brief explanation why, at this time, Banco Azteca cannot openly disclose these materials relating to pending investigations due to applicable rights and restrictions under the law in Mexico on disclosure of criminal proceedings and attendant confidentiality rules. His declaration provides similar support for Banco Azteca's underlying reasons for its Motion to Seal. Banco Azteca has previously noted the laws surrounding the confidentiality of materials in a criminal investigation, and its offer for the Court to review those materials *in camera*. *See, e.g.,* Declaration of Gabriel Alejandro Rodríguez Chávez, ¶ 14 (ECF 60-1). Again, the Parties met and conferred regarding Banco Azteca's intention to submit these materials to the Court for *in camera* review or under seal under an Attorneys' Eyes Only designation but were unable to reach an agreement.

b. Civil proceedings

Banco Azteca submits the following records for the Court's review with related translations.

1. An unredacted copy of the Civil Complaint.
2. Admissory Order ("Auto Admisorio") (the Court in Jalisco, Mexico admits the Civil Lawsuit with file number 650/2024), dated September 18, 2024.
3. "Exhorto" or "Letter of Rogatory" from Court in State of Jalisco to Court in State of Hermosillo, Sonora (letter rogatory number 156/2024), to serve Jorge Gómez Naredo, Víctor Arámburu Cano, Sandra Angélica Aguilera Olguín, Hans Salazar Castañeda, Ignacio Rodríguez Ceballos, Vicente Carlos Serrano Arroyo, and Miguel Ángel Pelayo Herrera in Banco Azteca's civil suit (file number 650/2024), entered on December 5, 2024.

JOINT UPDATE IN COMPLIANCE WITH ECF 67 ON RESPONDENTS' MOTIONS TO QUASH BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE'S SUBPOENAS

4.  Order from Court in Centro, Tabasco deeming as received Letter of Rogatory number 154/2024 from Court in state of Jalisco and ordering that Defendant Ignacio Rodríguez Ceballos be notified and summoned to trial for civil lawsuit under file number 650/2024, entered on December 11, 2024.

5.  "Exhorto" or "Letter of Rogatory" from Court in State of Jalisco to Court of México City (letter rogatory number 153/2024, to serve Jorge Gómez Naredo, Víctor Arámburu Cano, Sandra Angélica Aguilera Olguín, Hans Salazar Castañeda, Ignacio Rodríguez Ceballos, Vicente Carlos Serrano Arroyo, and Miguel Ángel Pelayo Herrera in Banco Azteca's civil suit (file number 650/2024), entered on December 6, 2024.

Those materials are attached herein as Exhibits 4–8.

Banco Azteca previously submitted redacted copies of the Civil Complaint for the Court's review. (*See, e.g.* ECF 60-2). Banco Azteca previously provided the same materials listed above to each of the Respondents.

As of February 4, 2025, the defendant Miguel Ángel Pelayo Herrera was served in the civil lawsuit at his residence in Hermosillo, Sonora. At this time, other service requests remain outstanding. However, as indicated in the "Service Requests" listed above, the civil trial court presiding over the civil action has made requests to the courts in other districts to effectuate service of process.[4]

2.  <u>"Whether requests could be more narrowly tailored such as by deleting credit card info requested"</u>

Banco Azteca is withdrawing its subpoena request to X Corp., Meta, and Google to produce payment information like credit card information related to the accounts named in each subpoena.

3.  <u>Reduction of accounts to be searched</u>

Banco Azteca will now only seek information regarding the following accounts from the corresponding platforms and withdraws its subpoenas to all other accounts.

**Google**

1.  Iber Alejandro
2.  El Charro Politico

**Meta**

1.  Morena New York Comite 1

---

[4]    Service of process is handled by the state, not the individual plaintiff in Mexico.

JOINT UPDATE IN COMPLIANCE WITH ECF 67 ON RESPONDENTS' MOTIONS TO QUASH BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE'S SUBPOENAS

**X Corp.**

1.    @freddyoliviery
2.    @alberto_rudo
3.    @sandyaguilera
4.    @catrina_nortena

Following these withdrawals, in Banco Azteca's effort to comply with the Court's instructions to narrow the scope in this matter, Banco Azteca will withdrew eleven (11) more accounts. In total, including those withdrawn in its October 9, 2024, Oppositions to Respondents Motions to Quash, Banco Azteca has withdrawn a total of eighteen (18) accounts, or 72% of those initially named, and retained seven (7). This represents a 60% reduction in accounts for which Banco Azteca sought information in its subpoenas to Google, 87.5% of Meta accounts, and 66% of X Corp. accounts. Only one of the Account Holders remain, an 80% reduction of Account Holders who filed Motions to Quash along with the other Respondents.

4.  <u>Agreed Protective Order</u>

The Parties met and conferred regarding agreed upon protective orders for the information sought in Banco Azteca's subpoenas. The Parties were unable to agree on the terms of a protective order prior to the Court's ultimate holding on whether to grant any of Banco Azteca's subpoenas, or the final scope allowed by the Court. If the Court grants Banco Azteca's Application and allows its subpoenas to issue, either in whole or in part, and as otherwise reduced by the updates described above, Banco Azteca will engage the Respondents to negotiate and submit proposed protective orders after Court's final disposition on as much following the hearing.

DATED: March 12, 2025

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: _/s/ P. John Veysey_
    Michael J. Hurvitz
    P. John Veysey
    Attorneys for Banco Azteca S.A. Institución de Banca Múltiple

1

## CERTIFICATE OF SERVICE

2

I, the undersigned, do hereby certify that on March 12, 2025, a true copy of this

3

document was served by electronic mail upon all registered CM/ECF users, and by

4

United States Postal Service upon all non-registered CM/ECF users in this case as

5

indicated below:

6

Byron R. Tuyay: byron.tuyay@bakermckenzie.com;

7

allison.simkins@bakermckenzie.com, carmen.ayala@bakermckenzie.com,
NA-Docketing@bakermckenzie.com;

8

nada.hitti@bakermckenzie.com

James Jonathan Hawk: jhawk@mwe.com,

9

LosAngelesDocketing@mwe.com,
swoods@mwe.com

10

Julie Erin Schwartz: jschwartz@perkinscoie.com, docketpa@perkinscoie.com,

11

jstarr@perkinscoie.com

12

Kathryn Barragan: kbarragan@mwe.com

13

Matthew Lewitz: mlewitz@cozen.com, matthew-lewitz-0962@ecf.pacerpro.com

14

Michael A. Fernandez: mfernandez@cozen.com, michael-fernandez-

15

1859@ecf.pacerpro.com

Nicholas OBrian Kennedy: nicholas.kennedy@bakermckenzie.com,

16

karen.wagner@bakermckenzie.com, nada.hitti@bakermckenzie.com

17

18

I declare under penalty of perjury under the laws of the United States of

19

America that the above is true and correct.

20

21

/s/ P. John Veysey

P. John Veysey

22

23

24

25

26

27

28

7                                    5:24-MC-80091-NC