UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re 1782 Subpoena Application by BANCO AZTECA.

Case No. 24-mc-80091-NC

**ORDER FOR CASE UPDATE AND JOINT PROPOSED SCHEDULE**

In October 2025, the parties, per the Court's Order, ECF 101, filed proposed briefing schedules for motions to quash the second amended § 1782 application and to compel the criminal complaint and testimonios. ECF 104. The Court did not issue a briefing schedule. In February 2026, Banco Azteca filed an updated proposed schedule. ECF 105.

The Court ORDERS the parties to, by November 12, 2026, (1) file a joint update regarding the status of the case, and (2) meet and confer and file an updated joint schedule for any contemplated motions.

**IT IS SO ORDERED**

Dated: October 15, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge

United States District Court
Northern District of California