**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
P. John Veysey (SBN: 296923)
john.veysey@nelsonmullins.com
One Financial Center, Suite 3500
Boston, MA 02111
Tel: 617.217.4645 Fax: 617.217.4710

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Michael J. Hurvitz (SBN: 249050)
mike.hurvitz@nelsonmullins.com
750 B Street, Suite 2200
San Diego, CA 92101
Tel: 619.489.6110 Fax: 619.821.2834

Attorneys for Applicant Banco Azteca S.A. Institución de Banca Múltiple

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Application of BANCO AZTECA S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding | Case No. 5:24-MC-80091-NC<br><br>**JOINT STIPULATION SEEKING ORDER EXTENDING NOVEMBER 12, 2026 JOINT UPDATE DEADLINE BY ONE WEEK, TO AND INCLUDING NOVEMBER 19, 2026**<br><br>U.S. Magistrate Judge:<br>Hon. Nathanael M. Cousins<br>Courtroom: 5 – 4th Floor<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, California 95113 |

Pursuant to Civil Local Rules 6-2 and 7-12, Applicant Banco Azteca S.A. Institución de Banca Múltiple ("Applicant" or "Banco Azteca"), Respondents X Corp., Google LLC, and Meta Platforms Inc., and Non-Party X Account Holder John Doe 1 a.k.a. @freddyoliviery (the "Affected Account Holder") (collectively, the "Parties") hereby submit the following update and joint stipulation:

WHEREAS, Applicant Banco Azteca filed a Second Amended Notice of Application and Second Amended Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 ("Second Amended Notice") for Use in a Foreign Proceeding on September 26, 2025 (ECF No. 100);

WHEREAS, Banco Azteca's Second Amended Notice included proposed subpoenas seeking information from X Corp., Google LLC, and Meta Platforms Inc. (ECF No. 100-5);

WHEREAS, the Court ordered Parties to meet and confer and file a proposed briefing schedule and other case updates by November 12, 2026 (ECF No. 106);

WHEREAS, on October 28, 2026, the parties met and conferred over video conference regarding a joint briefing schedule and other updates;

WHEREAS, during that meet and confer and in separate email correspondence, the Parties discussed certain matters that counsel for Respondents and the Affected Account Holder identified as threshold issues to be addressed in the forthcoming updates, including the operation of any potential statute of limitations issues and the status of the pending Mexico civil litigation;

WHEREAS, to clarify and explain its position on the issue, Applicant suggested providing a declaration by counsel in Mexico for the Parties' review and possible advanced positions in the forthcoming update and briefing schedule to the Court;

WHEREAS, to enable the Parties to review the issue and Applicants' declaration with sufficient time to address its contents in the Parties' respective submissions in the joint update and ensure an orderly process in complying with the Court's instructions and any next steps in this matter, the Parties agree one additional week for that drafting and review is justified here;

NOW, THEREFORE, the Parties respectfully request that the Court extend the deadline to file a joint proposed briefing and hearing schedule in compliance with ECF 106 from November 12, 2026 to, and including, November 19, 2026, or such other date as the Court deems appropriate.

IT IS SO STIPULATED.

Dated: November 10, 2026

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: */s/ P. John Veysey*
P. John Veysey
Michael J. Hurvitz
Attorneys for Banco Azteca S.A. Institución de Banca Múltiple

**ASHURST PERKINS COIE LLP**

By: */s/ Julie Schwartz*
Julie Schwartz
Attorney for Meta Platforms, Inc.

**COZEN O'CONNOR P.C.**

By: */s/ Michael A. Fernandez*
Michael A. Fernandez
Matthew E. Lewitz
Attorneys for Non-Party X Account Holder John Doe 1 a.k.a. @freddyoliviery

**McDERMOTT WILL & SCHULTE LLP**

By: */s/ J. Jonathan Hawk*
J. Jonathan Hawk
Attorney for X Corp.

**BAKER & McKENZIE LLP**

By: */s/ Byron Tuyay*
Byron Tuyay
Attorney for GOOGLE LLC

**FILER'S ATTESTATION OF CONCURRENCE**

I, John Veysey, pursuant to Local Rule 5-1(h)(i), attest that I am counsel for Applicant Banco Azteca S.A. Institución de Banca Múltiple. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: November 10, 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: *<u>/s/ P. John Veysey</u>*
P. John Veysey

**********

**<u>ORDER</u>**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: November 10, 2026

______________________________
Hon [illegible]
Unite [illegible]

